**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Eastern District of Pennsylvania
(State)

Case number (if known): 19-_____    Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | Reading Eagle Company | |
| 2. All other names debtor used in the last 8 years<br>Include any assumed names, trade names, and *doing business as* names | Reading Eagle, REP, Reading Eagle Press, REC, Pretzel City Productions | |
| 3. Debtor's federal Employer Identification Number (EIN) | 2 3 - 1 0 0 3 7 4 0 | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 345 Penn Street | |
| Number    Street | Number    Street |
| | P.O. Box |
| Reading    PA    19601 | |
| City    State    ZIP Code | City    State    ZIP Code |
| Berks | Location of principal assets, if different from principal place of business |
| County | |
| | Number    Street |
| | |
| | City    State    ZIP Code |

5. Debtor's website (URL): https://www.readingeagle.com/

6. Type of debtor:
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Reading Eagle Company                               Case number (if known) 19-_____
        Name

7. **Describe debtor's business**

   A. *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [x] None of the above

   B. *Check all that apply:*
   - [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
   - [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   5111 __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - [ ] Chapter 7
   - [ ] Chapter 9
   - [x] Chapter 11. *Check all that apply:*
     - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - [ ] A plan is being filed with this petition.
     - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - [ ] Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - [x] No
   - [ ] Yes. District _____ When __/__/____ Case number _____
         District _____ When __/__/____ Case number _____

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - [ ] No
    - [x] Yes. Debtor WEEU Broadcasting Company    Relationship Subsidiary
          District Eastern District of Pennsylvania    When 03/20/2019
          Case number, if known _____

    List all cases. If more than 1, attach a separate list.

Debtor  Reading Eagle Company                                           Case number (if known) 19-_____
        Name

**11. Why is the case filed in *this district*?**

Check all that apply:

[✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

[✓] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

[✓] No

[ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

[ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

[ ] It needs to be physically secured or protected from the weather.

[ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

[ ] Other _____

Where is the property? _____
                       Number   Street

_____
City                State    ZIP Code

Is the property insured?
[ ] No
[ ] Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

[ ] Funds will be available for distribution to unsecured creditors.
[✓] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

[ ] 1-49
[ ] 50-99
[ ] 100-199
[✓] 200-999
[ ] 1,000-5,000
[ ] 5,001-10,000
[ ] 10,001-25,000
[ ] 25,001-50,000
[ ] 50,001-100,000
[ ] More than 100,000

**15. Estimated assets**

[ ] $0-$50,000
[ ] $50,001-$100,000
[ ] $100,001-$500,000
[ ] $500,001-$1 million
[ ] $1,000,001-$10 million
[✓] $10,000,001-$50 million
[ ] $50,000,001-$100 million
[ ] $100,000,001-$500 million
[ ] $500,000,001-$1 billion
[ ] $1,000,000,001-$10 billion
[ ] $10,000,000,001-$50 billion
[ ] More than $50 billion

Debtor  Reading Eagle Company                                  Case number (if known) 19-_____
        Name

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/19/2019
             MM / DD / YYYY

X _____          Shawn R. Mountain
Signature of authorized representative of debtor    Printed name

Title  CFO

**18. Signature of attorney**

X Robert Lapowsky                                    Date  03/16/2019
Signature of attorney for debtor                           MM / DD / YYYY

Robert Lapowsky, Evan Coren & Andreas Milliaressis
Printed name

Stevens & Lee, P.C.
Firm name

620 Freedom Business Center, STE 200
Number   Street

King of Prussia                        PA          19406
City                                   State       ZIP Code

(215) 751-2866                         RL@stevenslee.com
Contact phone                          Email address

30991                                  PA
Bar number                             State