| Debtor name | **Reading Eagle Company** and WEEU Broadcasting Company |

**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA**

Case No. (If known) _____

## Official Form 204

### Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 20 Largest (Consolidated) Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Capital Blue Cross Payment Processing P.O. Box 371482 Pittsburgh, PA 15250-7482 | Capital Blue Cross Email: cbcarrserdnra@capbluecross.com; cdh.cbc@capbluecross.com | Trade Vendor | | | | $196,359.98 |
| 2  Resolute Fp Us Inc 5300 Cureton Ferry Rd Catawba, SC 29704 | Resolute Fp Us Inc Email: jamie.harris@resolutefp.com; info@resolutefp.com | Trade Vendor | | | | $149,449.64 |
| 3  Newscycle Solutions Inc P.O. Box 851306 Minneapolis, MN 55485-1306 | Newscycle Solutions Inc Email: newscycle.ar@newscycle.com | Trade Vendor | | | | $133,290.83 |
| 4  A Dennis Adams Cpa, Treasurer 633 Court St, 2nd Fl Reading, PA 19601-4318 | A Dennis Adams Cpa, Treasurer Fax: 610-478-6644 Email: taxclaim@countyofberks.com | Trade Vendor | | | | $90,165.86 |
| 5  Central Ink Corporation P.O. Box 2165 Bedford Park, IL 60499-2165 | Central Ink Corporation Email: george.shown@cicink.com | Trade Vendor | | | | $79,859.66 |

| Debtor name | **Reading Eagle Company and WEEU Broadcasting Company** | | | Case No. (If known) | |

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Core Bts Inc<br>4419 Solutions Center<br>P.O. Box 774419<br>Chicago, IL 60677 | Core Bts Inc<br>Email: dawn.smith@corebts.com | Trade Vendor | | | | $68,260.19 |
| 7  White Birch Paper Co<br>Stadacona S.E.C.<br>10 Blvd Des Capucins<br>Quebec, QC G1J 5L7<br>Canada | White Birch Paper Co<br>Email:<br>dicktabbachino@whitebirchpaper.com | Trade Vendor | | | | $60,734.64 |
| 8  Carrow Real Estate Services Pa LLC<br>99 Washington Ave<br>Albany, NY 12260 | Carrow Real Estate Services Pa LLC<br>Email:<br>lwall@carrowrealestateservices.com | Trade Vendor | | | | $58,404.55 |
| 9  Security Guards Inc<br>600 Park Rd North<br>P.O. Box 6283<br>Wyomissing, PA 19610 | Security Guards Inc<br>Email: sgi@securityguardsinc.com | Trade Vendor | | | | $50,276.25 |
| 10 Investors Trust Company<br>Attn: Raymond T Kase Jr<br>1340 Broadcasting Rd, Ste 100<br>Wyomissing, PA 19610 | Investors Trust Company<br>Fax: 610-372-6414 | Trade Vendor | | | | $50,271.00 |
| 11 Page Cooperative<br>P.O. Box 842228<br>Boston, MA 02284-2228 | Page Cooperative<br>Email: dana.greco@pagecooperative.com | Trade Vendor | | | | $45,069.74 |
| 12 Lindenmeyr Munroe<br>3300 Horizon Dr<br>King of Prussia, PA 19406 | Lindenmeyr Munroe<br>Email: alambdin@lindenmeyr.com | Trade Vendor | | | | $43,611.31 |

| Debtor name | **Reading Eagle Company and WEEU Broadcasting Company** | Case No. (If known) |

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13  Reading Parking Authority 613 Franklin St Reading, PA 19602 | Reading Parking Authority Email: keishlaramos@readingparking.com | Trade Vendor | | | | $27,363.00 |
| 14  Allan Industries Inc 270 Route 46 East Rockaway, NJ 07866 | Allan Industries Inc Fax: 973-586-9626 | Trade Vendor | | | | $25,431.81 |
| 15  Ingersoll-Rand Company Industrial Technologies 15768 Collections Center Dr Chicago, IL 60693 | Ingersoll-Rand Company Fax: 866-645-5659 | Trade Vendor | | | | $23,718.29 |
| 16  Anygraaf 10451 Mill Run Circle, Ste 400 Owings Mills, MD 21117 | Anygraaf Email: anyinc@anygraaf.com | Trade Vendor | | | | $23,480.57 |
| 17  Telereach Inc 90 Whiting St Plainville, CT 06062 | Telereach Inc Fax: 866-672-2979 | Trade Vendor | | | | $23,183.27 |
| 18  PandoLogic Inc 3 E 54th St, 19th Fl New York, NY 10022 | PandoLogic Inc Email: jbardhoshi@pandologic.com | Trade Vendor | | | | $20,305.26 |
| 19  Innovative Technologies In Print 200 South Chestnut St Elizabethtown, PA 17022 | Innovative Technologies In Print Fax: 717-367-1587 | Trade Vendor | | | | $18,667.83 |

**Debtor name**    **Reading Eagle Company and WEEU Broadcasting Company**    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20  Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | Lamar Companies<br>Email: tblessing@lamar.com | Trade Vendor | | | | $18,640.00 |