## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Reading Eagle Company[1],<br><br>              Debtor. | Chapter 11<br><br>Case No. 19 -<br><br>(Joint Administration Requested) |
| In re:<br><br>WEEU Broadcasting Company[2],<br><br>              Debtor. | Chapter 11<br><br>Case No. 19 -<br><br>(Joint Administration Requested) |

### NOTICE OF FILING OF LIST OF EQUITY SECURITY HOLDERS
### OF READING EAGLE COMPANY

PLEASE TAKE NOTICE that today, Stevens & Lee, P.C. as proposed counsel to

Reading Eagle Company (the "Debtor") in the above-captioned chapter 11 case, filed the *List of*

*Equity Security Holders*, attached hereto as **Exhibit A**.

Dated March 20, 2019          **STEVENS & LEE, P.C.**

                                 /s/    Robert Lapowsky
                                   Robert Lapowsky
                                   PA Bar No. 30991
                                   Evan B. Coren
                                   PA Bar No. 316186
                                   620 Freedom Business Center, Ste 200
                                   King of Prussian, PA 19406
                                   (215)751-2866
                                   rl@stevenslee.com
                                   ebc@stevenslee.com

                                   *Proposed Counsel for the Debtor*

---

[1] The last four digits of Debtor Reading Eagle Company's tax identification number are 3740.
[2] The last four digits of Debtor WEEU Broadcasting Company's tax identification number are 8488.

**<u>Exhibit A</u>**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of Debtor Reading Eagle Company's equity security holders which is prepared in  accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure for filing in this Chapter 11 Case

| Name and last known address or place of business of holder[3] | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Lucy L. Flippin | Common Stock | 18,705 | 18.21679% |
| Peter D. Barbey | Common Stock | 16,060 | 15.64082% |
| Helen B. Mucklow Trust<br>249 Fifth Avenue, P1-POPP-BL-6,<br>Pittsburgh, PA  15222<br><br>In Trust for:<br>    John E. DuPont (Insurance Trust)<br>    Pierre (Peter) S. DuPont (Insurance Trust)<br>    John E. DuPont (Generation Skipping Trust)<br>    Pierre (Peter) S. DuPont (Residuary Trust)<br>    John E. DuPont (Residuary Trust)<br>    Pierre (Peter) S. DuPont (Residuary Trust)<br>    Catherine A. Varacchi (Insurance Trust)<br>    Catherine A. Varacchi (Generation Skipping Trust)<br>    Catherine A. Varacchi (Residuary Trust) | Common Stock | 15,840 | 15.42656% |
| William S. Flippin | Common Stock | 19,207 | 18.70567% |
| Paula M. Flippin | Common Stock | 10,000 | 9.73899% |
| James C. Flippin<br>P. O. Box 679, Reading, PA  19603-0679 | Common Stock | 8,571 | 8.34729% |
| Laura L. Flippin | Common Stock | 7,163 | 6.97604% |

[3] The addresses for certain of the above holders are not included and will be provided upon request to all appropriate parties. A Motion to seal personal home addresses, which were provided in lieu of business addresses, will be filed shortly .

| Christopher J. Tarpey | Common Stock | 3,500 | 3.40864% |
|---|---|---|---|
| Lucy L. Johnston | Common Stock | 1,817 | 1.76957% |
| Michael J. Flippin | Common Stock | 1,817 | 1.76957% |

## DECLARATION UNDER PENALTY OF PERJURY

I, Shawn Moliatu, an Authorized Officer and the Chief Financial Officer of Reading Eagle Company, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Executed this _19_ day of March, 2019

Signature: _____

SHAWN MOLIATU
CHIEF FINANCIAL OFFICER