**Fill in this information to identify the case:**

Debtor name: Reading Eagle Company and WEEU Broadcasting Company

United States Bankruptcy Court for the: Eastern District of Pennsylvania
(State)

Case number (If known): 19-

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

## Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*......................................................................................................... $ _5,231,370

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................................... $ _9,962,830

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................................... $ 15,194,200

## Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............. $ 17,929,971

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ _1,793,382

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... + $ 18,756,497

4. **Total liabilities**.................................................................................................................................... $38,488,850
   Lines 2 + 3a + 3b