# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| Reading Eagle Company, | Case No. |
| Debtor. | (Joint Administration Requested) |
| In re: | Chapter 11 |
| WEEU Broadcasting Company, | Case No. |
| Debtor. | (Joint Administration Requested) |

## NOTICE OF FILING OF LIST OF CREDITORS
## WITH SECURITY INTEREST IN CASH COLLATERAL

PLEASE TAKE NOTICE that today, Stevens & Lee, P.C. as proposed counsel to Reading Eagle Company and WEEU Broadcasting Company (the "Debtors") in the above-captioned chapter 11 cases, filed the *List of Creditors with Security Interest in Cash Collateral*, attached hereto as **Exhibit A**.

Dated March 20, 2019

**STEVENS & LEE, P.C.**

/s/ Robert Lapowsky
Robert Lapowsky
PA Bar No. 30991
Evan B. Coren
PA Bar No. 316186
620 Freedom Business Center, Ste 200
King of Prussian, PA 19406
(215)751-2866
rl@stevenslee.com
ebc@stevenslee.com

*Proposed Counsel for the Debtor*

03/20/2019 SL1 1577005v8 006370.02031