## Exhibit A

2

## LIST OF CREDITORS WITH INTEREST IN CASH COLLATERAL

Following is the list of the creditors with an interest in cash collateral of the Debtors, within the meaning of section 363(a) of the Bankruptcy Code, which is prepared in accordance with Rule 1007 of the Federal Rules of Bankruptcy Procedure Rule and Rule 1007-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

A. **Debtor Reading Eagle Company**

1. BWH Media, LLC[1]

2. Commonwealth of Pennsylvania Financing Authority[2]

B. **Debtor WEEU Broadcasting Company**

1. BWH Media, LLC[3]

---

[1] As of the date hereof, the liens held by BWH Media, LLC secure in excess of $20,000,000 in debt.

[2] As of the date hereof, the liens held by the Commonwealth of Pennsylvania Financing Authority secure approximately $81,000 in debt.

[3] Pursuant to that certain surety agreement dated May 1, 2008, WEEU Broadcasting Company ("WEEU") guaranteed all of Reading Eagle Company's obligations to Sovereign Bank (the "Bank"). Pursuant to that certain forbearance agreement dated April 2010, by and between Reading Eagle Company, the Bank, and WEEU, WEEU reaffirmed and granted to the Bank a continuing lien on and security interest in substantially all of its assets (the "Security Agreement"). WEEU has not yet located a copy of the Security Agreement, and no UCC filing was made against WEEU in connection with the Security Agreement. Pursuant to that certain loan purchase and assignment agreement dated September 27, 2016 by and between BWH Media, LLC and the Bank, BWH Media, LLC purchased the obligations owed by Reading Eagle Company and WEEU to the Bank.

## DECLARATION UNDER PENALTY OF PERJURY

I, Shawn Moliatu, an Authorized Officer of the Debtors, declare under penalty of perjury that I have read the foregoing list of creditors with an interest in cash collateral and that it is true and correct to the best of my information and belief.

Executed this 20th day of March, 2019.

Signature: _____
Shawn Moliatu
Chief Financial Officer

4