## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| Reading Eagle Company[1], | Case No. 19-11728-REF |
| Debtor. | (Joint Administration Requested) |
| In re: | Chapter 11 |
| WEEU Broadcasting Company[2], | Case No. 19-11731-REF |
| Debtor. | (Joint Administration Requested) |

### ORDER DIRECTING JOINT ADMINISTRATION
### OF THE DEBTORS' CHAPTER 11 CASES

Upon the motion (the "Motion")[3] of the above-captioned debtors-in-possession (the "Debtors") for the entry of an Order directing the joint administration of the Debtors' related chapter 11 cases; it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that:

1. The Motion is GRANTED in its entirety.

---

[1] The last four digits of Debtor Reading Eagle Company's tax identification number are 3740.

[2] The last four digits of Debtor WEEU Broadcasting Company's tax identification number are 8488.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

1

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court.

3. Nothing contained in the Motion or this Order shall affect a substantive consolidation of the Chapter 11 Cases.

4. The caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Reading Eagle Company, *et al.*[1], | Case No. 19-11728-REF |
| Debtors. | (Jointly Administered) |

---

[1] The last four digits of Debtor Reading Eagle Company's tax identification number are 3740. The last four digits of Debtor WEEU Broadcasting Company's tax identification number are 8488.

5. A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration of the Chapter 11 Cases of Reading Eagle Company and WEEU Broadcasting Company. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 19-11728-REF.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: March ____, 2019
Reading, Pennsylvania

_____
RICHARD E. FEHLING
CHIEF UNITED STATES BANKRUPTCY JUDGE

03/21/2019 SL1 1575817v1 006370.02031