IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Reading Eagle Company, *et al.*,[1] | ) Case No. 19-11728-REF |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF LISA G. BECKERMAN, ESQUIRE

David M. Fournier, Esquire (the "Movant"), a member in good standing of the bar of the United States Bankruptcy Court for the Eastern District of Pennsylvania and a partner with the law firm of Pepper Hamilton LLP, hereby moves this Court to enter an order permitting Lisa G. Beckerman, Esquire, to practice *pro hac vice* before the United States Bankruptcy Court for the Eastern District of Pennsylvania in the above-captioned Chapter 11 bankruptcy cases and in any adversary proceedings therein. In support of this motion, the Movant respectfully represents as follows:

1. Ms. Beckerman is a partner with the law firm of Akin Gump Strauss Hauer & Feld LLP and maintains an office at One Bryant Park, Bank of America Tower, New York, New York 10036-6745.

2. As set forth in the Verified Statement attached hereto as **Exhibit A**, Ms. Beckerman is a member in good standing of the Bars of the United States District Court for the Southern District of New York, the Eastern District of New York, and the District of New Jersey, and the Bars of the States of New Jersey and New York, and of the District of Columbia.

3. Ms. Beckerman is not now subject to any disciplinary action, nor has she ever been disciplined for unethical or improper conduct by any court before which she has been admitted to practice.

---

[1] The last four digits of Debtor Reading Eagle Company's tax identification number are 3740. The last four digits of Debtor WEEU Broadcasting Company's tax identification number are 8488.

#53559891 v3

4. Ms. Beckerman and the firm of Akin Gump Strauss Hauer & Feld LLP were retained by MediaNews Group, Inc. and MNG-RE Acquisition LLC to represent their interests in the above-captioned Chapter 11 bankruptcy cases and in any adversary proceedings therein.

WHEREFORE, the Movant respectfully requests that the Court enter an order, in the form filed herewith, permitting Lisa G. Beckerman, Esquire, to appear *pro hac vice* in association with the Movant on behalf of MediaNews Group, Inc. and MNG-RE Acquisition LLC in the above-captioned Chapter 11 bankruptcy cases and in any adversary proceedings therein.

Dated: May 21, 2019
Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ David M. Fournier
David M. Fournier (PA Bar No. 60893)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: fournierd@pepperlaw.com

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Lisa G. Beckerman *(pro hac vice* admission pending)
One Bryant Park, Bank of America Tower
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: lbeckerman@akingump.com

*Counsel for MediaNews Group, Inc. and MNG-RE Acquisition LLC*

#53559891 v3