IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Reading Eagle Company, et al.,[1] | ) Case No. 19-11728-~~XXX~~ JKF |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## ORDER GRANTING MOTION FOR ADMISSION
## *PRO HAC VICE* OF LISA G. BECKERMAN, ESQUIRE

Upon consideration of the Motion for Admission *Pro Hac Vice* of Lisa G. Beckerman, Esquire (the "Motion"), due and proper notice having been given in accordance with the applicable provisions of Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure; and other good cause appearing;

IT IS HEREBY ORDERED THAT

1)    the Motion is GRANTED; and

2)    Lisa G. Beckerman, Esquire, is permitted to appear *pro hac vice* as counsel for MediaNews Group, Inc. and MNG-RE Acquisition LLC in the above-captioned Chapter 11 bankruptcy cases and in any adversary proceedings therein.

Date: __May 28th__, 2019

_____
HON. ~~RICHARD E. FEHLING~~ JEAN K. FITZSIMON
~~CHIEF~~ UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of Debtor Reading Eagle Company's tax identification number are 3740. The last four digits of Debtor WEEU Broadcasting Company's tax identification number are 8488.

#53559891 v3