## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| Reading Eagle Company, *et al.*[1], | Case No. 19-11728-REF |
| Debtors. | (Jointly Administered) |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on May 23, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Authorizing and Approving the Debtors' performance Under the Asset Purchase Agreement; (C) Approving the Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief [Docket No. 254]**

Dated: May 28, 2019

Scott M. Ewing
Omni Management Group
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 25th day of MAY, 20 19, by Scott M. Ewing, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The last four digits of Debtor Reading Eagle Company's tax identification number are 3740. The last four digits of Debtor WEEU Broadcasting Company's tax identification number are 8488.

# **<u>EXHIBIT A</u>**

| | | |
|---|---|---|
| ABIGAIL DAY<br>ADDRESS REDACTED | ACOSTA, NOEL<br>ADDRESS REDACTED | ADAM BANKS<br>ADDRESS REDACTED |
| ADAM MUCKEY<br>ADDRESS REDACTED | ADRIANE SCOTT<br>ADDRESS REDACTED | ALAN FREY<br>ADDRESS REDACTED |
| ALBERT DUNN<br>ADDRESS REDACTED | ALBERT NIED JR<br>ADDRESS REDACTED | ALBERT STALLONE III<br>ADDRESS REDACTED |
| ALEJANDRO ORTIZ<br>ADDRESS REDACTED | ALEN HAUSE<br>ADDRESS REDACTED | ALEX FERNANDEZ<br>ADDRESS REDACTED |
| ALEX SERBA<br>ADDRESS REDACTED | ALEXANDER JONES<br>ADDRESS REDACTED | ALEXANDER KELLER<br>ADDRESS REDACTED |
| ALEXANDER POTCOVARU<br>ADDRESS REDACTED | ALEXANDRA HUPKA<br>ADDRESS REDACTED | ALEXANDRA KUBITZ<br>ADDRESS REDACTED |
| ALEXI MENDEZ<br>ADDRESS REDACTED | ALEXIS LOBB<br>ADDRESS REDACTED | ALFREDO OROZCO<br>ADDRESS REDACTED |
| ALICE BROWN<br>ADDRESS REDACTED | ALICE CARTWRIGHT<br>ADDRESS REDACTED | ALICIA MARINELLI<br>ADDRESS REDACTED |
| ALLISON HUYETT<br>ADDRESS REDACTED | ALLISON OWENS<br>ADDRESS REDACTED | AMANDA WAGAMAN<br>ADDRESS REDACTED |
| AMBER LE<br>ADDRESS REDACTED | AMY BERES<br>ADDRESS REDACTED | AMY FRIEDENBERGER<br>ADDRESS REDACTED |
| ANDREA MORRELL<br>ADDRESS REDACTED | ANDREA STEPHENS<br>ADDRESS REDACTED | ANDREA VERNON<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| ANDREW BOYER<br>ADDRESS REDACTED | ANDREW FLORES<br>ADDRESS REDACTED | ANDREW ROULSTON<br>ADDRESS REDACTED |
| ANDREW SCHLEGEL<br>ADDRESS REDACTED | ANDREW SONDERN<br>ADDRESS REDACTED | ANDREW WAGAMAN<br>ADDRESS REDACTED |
| ANDREWS, ANDREW M<br>ADDRESS REDACTED | ANDROSHICK, JOSEPH F<br>ADDRESS REDACTED | ANGELO BEATTIE II<br>ADDRESS REDACTED |
| ANGSTADT, SUSAN L<br>ADDRESS REDACTED | ANN LEDBETTER<br>ADDRESS REDACTED | ANTHONY LUCIA<br>ADDRESS REDACTED |
| ANTHONY OROZCO<br>ADDRESS REDACTED | ANTHONY PEREZ<br>ADDRESS REDACTED | ANTONETTI, MELVIN I<br>ADDRESS REDACTED |
| ANTONIA WEAVER<br>ADDRESS REDACTED | ANTOSY, PATRICK S<br>ADDRESS REDACTED | ANTOSY, TIMOTHY M<br>ADDRESS REDACTED |
| ARNOLD, TRACI L<br>ADDRESS REDACTED | ASHLEY ARNOLD<br>ADDRESS REDACTED | ASHLEY ZERWICK<br>ADDRESS REDACTED |
| AU, MICHAEL J<br>ADDRESS REDACTED | AUSTIN GRACZYK<br>ADDRESS REDACTED | AYALA, JOSE S<br>ADDRESS REDACTED |
| AYANA SIMS<br>ADDRESS REDACTED | BAKER, ROBERT<br>ADDRESS REDACTED | BARBARA BREIDENSTEIN<br>ADDRESS REDACTED |
| BARBARA CRAWL<br>ADDRESS REDACTED | BARBARA CZYZ<br>ADDRESS REDACTED | BARBEY, PETER D<br>ADDRESS REDACTED |
| BARR, GREGORY L<br>ADDRESS REDACTED | BARRIE SWEIGERT<br>ADDRESS REDACTED | BARRY BROWN<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| BATZ, RICHARD F<br>ADDRESS REDACTED | BEAM, CARRIE V<br>ADDRESS REDACTED | BEAN, KIRK M<br>ADDRESS REDACTED |
| BEATRIZ TORRES<br>ADDRESS REDACTED | BEEMAN, RICHARD J<br>ADDRESS REDACTED | BEISSEL, NICOLE L<br>ADDRESS REDACTED |
| BELL, ROSALIND D<br>ADDRESS REDACTED | BENJAMIN EIDLE<br>ADDRESS REDACTED | BENNECOFF, PAULINE M.<br>ADDRESS REDACTED |
| BETH HEESEN<br>ADDRESS REDACTED | BETH HUDSON<br>ADDRESS REDACTED | BEVERLY BOYER<br>ADDRESS REDACTED |
| BICKHART, KATHLEEN FOLK<br>ADDRESS REDACTED | BINGAMAN, JAMES M<br>ADDRESS REDACTED | BLANCHE CLOUSER<br>ADDRESS REDACTED |
| BOLTZ, GORDON E<br>ADDRESS REDACTED | BONNIE HETTINGER<br>ADDRESS REDACTED | BONNIE LITTLEJOHN<br>ADDRESS REDACTED |
| BONNIE SMITH<br>ADDRESS REDACTED | BOOZ, AMANDA L<br>ADDRESS REDACTED | BOTCH, DONALD J<br>ADDRESS REDACTED |
| BOWMAN, RONALD<br>ADDRESS REDACTED | BRADLEY BOTCH<br>ADDRESS REDACTED | BRADLEY DALIUS<br>ADDRESS REDACTED |
| BRADLEY, KIMBERLEY G<br>ADDRESS REDACTED | BRANDI SWENSON<br>ADDRESS REDACTED | BRANNEN, PAUL H<br>ADDRESS REDACTED |
| BREIDENSTEIN, BARBARA A.<br>ADDRESS REDACTED | BRELJE, BETH A<br>ADDRESS REDACTED | BRIAN WEBSTER<br>ADDRESS REDACTED |
| BRICKEL, DAVID R<br>ADDRESS REDACTED | BRIDEGAM, JAMES L<br>ADDRESS REDACTED | BROWN, BARRY C<br>ADDRESS REDACTED |

| | | |
|---|---|---|
| BRUCE POSTEN<br>ADDRESS REDACTED | BRUNO, RICHARD S<br>ADDRESS REDACTED | BRYCE MARTIN<br>ADDRESS REDACTED |
| BUELOW, DAVID C<br>ADDRESS REDACTED | BULLER, VALERIE R<br>ADDRESS REDACTED | BURCHETT, GADIER<br>ADDRESS REDACTED |
| CALNAN, WILLIAM<br>ADDRESS REDACTED | CARAVAN, JEAN<br>ADDRESS REDACTED | CARL FONTICELLA<br>ADDRESS REDACTED |
| CARLETON GOODHART<br>ADDRESS REDACTED | CARMEN ROMERO<br>ADDRESS REDACTED | CAROL BALINSKI<br>ADDRESS REDACTED |
| CAROLYN CIESLAK<br>ADDRESS REDACTED | CARROLL, JULIA M<br>ADDRESS REDACTED | CARUANO, MARIE E<br>ADDRESS REDACTED |
| CARYN FETKIN<br>ADDRESS REDACTED | CATHERINE STAMBAUGH<br>ADDRESS REDACTED | CHAD DESHAZO<br>ADDRESS REDACTED |
| CHAD LEAR<br>ADDRESS REDACTED | CHADD ALSTON<br>ADDRESS REDACTED | CHARLES ADAMS III<br>ADDRESS REDACTED |
| CHARLES BARBER<br>ADDRESS REDACTED | CHARLES HUNT<br>ADDRESS REDACTED | CHELSEA SPATZ<br>ADDRESS REDACTED |
| CHESALEY ARNDT<br>ADDRESS REDACTED | CHRIS HIMMELBERGER<br>ADDRESS REDACTED | CHRISTINA BUSHNELL<br>ADDRESS REDACTED |
| CHRISTINA REYES-SANTOS<br>ADDRESS REDACTED | CHRISTOPHER BEILHART<br>ADDRESS REDACTED | CHRISTOPHER COLON<br>ADDRESS REDACTED |
| CHRISTOPHER REINBOLD<br>ADDRESS REDACTED | CHUBB, ANNE T<br>ADDRESS REDACTED | CIACIAK, EILEEN R<br>ADDRESS REDACTED |

CIESLAK, CAROLYN T
ADDRESS REDACTED

CITRULLO, TROY P
ADDRESS REDACTED

CLIFFORD PLUMMER
ADDRESS REDACTED

CLIFTON DUQUETTE
ADDRESS REDACTED

CLUPP, LEONARD C
ADDRESS REDACTED

COLLEEN KOWALCZYK
ADDRESS REDACTED

COLLIN MILLER
ADDRESS REDACTED

COLON, MARCELINO
ADDRESS REDACTED

COMMONWEALTH FINANCING AUTHORITY
ATTN: SEAN CHRISTOPHER CAMPBELL
400 NORTH STREET, FOURTH FLOOR
HARRISBURG, PA 17120

CONCORDIA, AUBREE D
ADDRESS REDACTED

CONNORS, JOHN J
ADDRESS REDACTED

CONRAD, GLORIA J
ADDRESS REDACTED

CONRAD, JOSEPH P
ADDRESS REDACTED

COOK, LEON W
ADDRESS REDACTED

CORE BTS INC
PRESIDENT/LEGAL DEPARTMENT
4419 SOLUTIONS CENTER
PO BOX 774419
CHICAGO, IL 60677-4004

COREY CRONRATH
ADDRESS REDACTED

CORY CONVER
ADDRESS REDACTED

CORY, TIFFANY N
ADDRESS REDACTED

CRAIG BEIDLER
ADDRESS REDACTED

CRAIG SCHAFFER
ADDRESS REDACTED

CRYSTAL MEMMO
ADDRESS REDACTED

CURTIS CASSLER
ADDRESS REDACTED

CURTIS WILLIAMS
ADDRESS REDACTED

CWA LOCAL 14827
PRESIDENT/LEGAL DEPARTMENT
1323 AEROPLAZA DRIVE
COLORADO SPRINGS, CO 80916

D'ANGELO, CHRISTOPHER J
ADDRESS REDACTED

DANIEL FICK JR
ADDRESS REDACTED

DANIEL FINK
ADDRESS REDACTED

DANIEL HOWE
ADDRESS REDACTED

DANIEL HOWE
ADDRESS REDACTED

DARIO PAREDES PIMENTEL
ADDRESS REDACTED

DARIUS PLEASANT
ADDRESS REDACTED

DAVID BARR
ADDRESS REDACTED

DAVID CORLISS
ADDRESS REDACTED

| | | |
|---|---|---|
| DAVID GEMMELL<br>ADDRESS REDACTED | DAVID GESCHWINDT<br>ADDRESS REDACTED | DAVID MCFARLAND<br>ADDRESS REDACTED |
| DAVID TROOP<br>ADDRESS REDACTED | DAVID WICZALKOWSKI SR<br>ADDRESS REDACTED | DAVIS, THOMAS E<br>ADDRESS REDACTED |
| DAY, LINDA A<br>ADDRESS REDACTED | DEANNA LUPIA<br>ADDRESS REDACTED | DEANTONIO, CHRISTOPHER M<br>ADDRESS REDACTED |
| DEBORAH PALM<br>ADDRESS REDACTED | DEBRA WICZALKOWSKI<br>ADDRESS REDACTED | DELONG, RICHARD J<br>ADDRESS REDACTED |
| DELVECCHIO, CHRISTOPHER P<br>ADDRESS REDACTED | DENISE GEORGE<br>ADDRESS REDACTED | DENISE LUDWIG<br>ADDRESS REDACTED |
| DENNIS DEYSHER<br>ADDRESS REDACTED | DENNIS STOUDT<br>ADDRESS REDACTED | DENNIS WELLER<br>ADDRESS REDACTED |
| DEREK EVANOSKY<br>ADDRESS REDACTED | DEROLF, HARRY L<br>ADDRESS REDACTED | DERRICK THOMASON<br>ADDRESS REDACTED |
| DESHONA WILKINS<br>ADDRESS REDACTED | DEVANTE WRIGHT<br>ADDRESS REDACTED | DEVIN TURNER<br>ADDRESS REDACTED |
| DEVLIN, RONALD E<br>ADDRESS REDACTED | DEVON EMMICK<br>ADDRESS REDACTED | DEWALD, TERRY L<br>ADDRESS REDACTED |
| DIETRICH JR, RANDALL E<br>ADDRESS REDACTED | DIETRICH, KELLIE A<br>ADDRESS REDACTED | DILLON SNYDER<br>ADDRESS REDACTED |
| DISSINGER, ROBERT L.<br>ADDRESS REDACTED | DONALD GUZIAK<br>ADDRESS REDACTED | DONALD SPATZ<br>ADDRESS REDACTED |

DONATO, RAYMOND W
ADDRESS REDACTED

DONNA LOVELL
ADDRESS REDACTED

DONNA PASKO
ADDRESS REDACTED

DOUGLAS BUEHLER
ADDRESS REDACTED

DRAGO, MICHAEL L
ADDRESS REDACTED

DRESH, KEITH A
ADDRESS REDACTED

DREXEL, PATRICIA A
ADDRESS REDACTED

DREY, JEREMY K
ADDRESS REDACTED

DRY, FRONA
ADDRESS REDACTED

DUSTIN HALUSKA
ADDRESS REDACTED

DWIGHT HARNER
ADDRESS REDACTED

EAST PENN SELF STORAGE - OLEY
PRESIDENT/LEGAL DEPARTMENT
14135 KUTZTOWN ROAD
FLEETWOOD, PA 19522

EBY, TERRY M
ADDRESS REDACTED

ECKENROTH, GARY A
ADDRESS REDACTED

EDDIE HERNANDEZ
ADDRESS REDACTED

EDGAR ALMANZAR
ADDRESS REDACTED

EDMOND FLOTO
ADDRESS REDACTED

EDWARD BROWN
ADDRESS REDACTED

ELENA TEST
ADDRESS REDACTED

ELIZABETH DUNBAR
ADDRESS REDACTED

ELIZABETH ESTREMERA
ADDRESS REDACTED

ELLEN BARDASH
ADDRESS REDACTED

ELYSSA CHERNEY
ADDRESS REDACTED

EMILEE CHINN
ADDRESS REDACTED

EMMA BROWN
ADDRESS REDACTED

EMMICK, RUSSELL A
ADDRESS REDACTED

ENGLE, JAMES M
ADDRESS REDACTED

ENGLE, JOHN A
ADDRESS REDACTED

ENGLE, RICHARD L
ADDRESS REDACTED

ERIC KESSLER
ADDRESS REDACTED

ERIC MACKNIGHT III
ADDRESS REDACTED

ERIC SALLADE
ADDRESS REDACTED

ERIC SCARCELLA
ADDRESS REDACTED

ERIC SCHAEFFER
ADDRESS REDACTED

ERIC SCHAEFFER
ADDRESS REDACTED

ERIC STEINKOPFF
ADDRESS REDACTED

ERIC TOMLINSON
ADDRESS REDACTED

ERIC WOODS
ADDRESS REDACTED

ERICA STYER
ADDRESS REDACTED

ERIN DOYLE
ADDRESS REDACTED

ERIN NEGLEY
ADDRESS REDACTED

ERNESTO, JOHN M
ADDRESS REDACTED

ERNESTO, MARY L
ADDRESS REDACTED

ERVIN, JONATHAN M
ADDRESS REDACTED

ESTERLY, JEFFREY S
ADDRESS REDACTED

ETHAN BITTNER
ADDRESS REDACTED

ETZEL, JOSEPH
ADDRESS REDACTED

EVA BOTKIN-KOWACKI
ADDRESS REDACTED

FAIR, CAROLYN J
ADDRESS REDACTED

FASSNACHT, JON T
ADDRESS REDACTED

FAUST, MICHAEL FRANCIS
ADDRESS REDACTED

FAUST, PAUL E
ADDRESS REDACTED

FEGLEY, DALE O
ADDRESS REDACTED

FEGLEY, GREGORY R
ADDRESS REDACTED

FELIX PENA
ADDRESS REDACTED

FERNANDEZ, LUIS A
ADDRESS REDACTED

FESSETT, MARK S
ADDRESS REDACTED

FICK JR, DANIEL W
ADDRESS REDACTED

FIORAVANTI, JOHN S
ADDRESS REDACTED

FISHER, DIANE
ADDRESS REDACTED

FLANK, STEPHEN A
ADDRESS REDACTED

FLIPPIN, WILLIAM S
ADDRESS REDACTED

FLOWERS, PATRICIA
ADDRESS REDACTED

FOLEY JR., MICHAEL K.
ADDRESS REDACTED

FORD-COLON, LORI L
ADDRESS REDACTED

FOX, IRVIN C
ADDRESS REDACTED

FRANCIS ENDRES
ADDRESS REDACTED

FREDERICK HIERL
ADDRESS REDACTED

FREDERICK PENNEPACKER
ADDRESS REDACTED

FRITZ, ROBERT P
ADDRESS REDACTED

GABRIELLA O'GRADY
ADDRESS REDACTED

GALEN, DARRIN S
ADDRESS REDACTED

GARBER, CHRISTOPHER M
ADDRESS REDACTED

GARY BUNDY
ADDRESS REDACTED

GARY ETTEL
ADDRESS REDACTED

GARY GRANT
ADDRESS REDACTED

GARY MAYK
ADDRESS REDACTED

GARY VISGAITIS
ADDRESS REDACTED

GARY WEIKEL
ADDRESS REDACTED

GARY WEIKEL
ADDRESS REDACTED

GCC/IBT & LOCAL 14-M OF DISTRICT COUNCIL 11
PRESIDENT/LEGAL DEPARTMENT
PO BOX 674401
DETROIT, MI 48267-4401

GEARY, RAYMOND A
ADDRESS REDACTED

GEHMAN, BRIAN S
ADDRESS REDACTED

GEIST, CLARENCE D
ADDRESS REDACTED

GENE DINGER
ADDRESS REDACTED

GEORGE HATZA JR
ADDRESS REDACTED

GIANUSSO, SHARON L
ADDRESS REDACTED

GIFFIN, RANDALL EWART
ADDRESS REDACTED

GIL SHEIDY
ADDRESS REDACTED

GILLHOOLLEY, ANDREA LEIGH
ADDRESS REDACTED

GINA STOUDT
ADDRESS REDACTED

GIOVANNI CASTRO JR
ADDRESS REDACTED

GLASS, DOROTHY
ADDRESS REDACTED

GLORIA FETKIN
ADDRESS REDACTED

GORNEY, MATTHEW P
ADDRESS REDACTED

GRAEFF, SARAH K
ADDRESS REDACTED

GRANT, GARY L
ADDRESS REDACTED

GREEN, RICHARD G
ADDRESS REDACTED

GREGORY ARTERS
ADDRESS REDACTED

| | | |
|---|---|---|
| GRESS, KAROL E<br>ADDRESS REDACTED | GROFF, BETH ANN M<br>ADDRESS REDACTED | GUARENTE, JASON A<br>ADDRESS REDACTED |
| GUGLIELMO, MARIE ROSE<br>ADDRESS REDACTED | GUIDA, LISA A<br>ADDRESS REDACTED | GUZIAK, DONALD L<br>ADDRESS REDACTED |
| GUZMAN, PEDRO<br>ADDRESS REDACTED | HAAS, WILLIAM A<br>ADDRESS REDACTED | HAERTTER, DONALD<br>ADDRESS REDACTED |
| HAGY, CONNIE A<br>ADDRESS REDACTED | HAINTHALER, JOSEPH R<br>ADDRESS REDACTED | HAMILL DEMPSTER<br>ADDRESS REDACTED |
| HARBACH, ROBERTA C<br>ADDRESS REDACTED | HARNER, SHARON<br>ADDRESS REDACTED | HAROLD HOCH<br>ADDRESS REDACTED |
| HAROLD KOONTZ<br>ADDRESS REDACTED | HAROLD SELTZER JR<br>ADDRESS REDACTED | HARRY COPELAND<br>ADDRESS REDACTED |
| HARRY DEITZ JR<br>ADDRESS REDACTED | HARRY FOREMAN<br>ADDRESS REDACTED | HARRY STOCK<br>ADDRESS REDACTED |
| HART, JOAN S<br>ADDRESS REDACTED | HARTLINE, ROBERT R<br>ADDRESS REDACTED | HARTMAN, FRANCIS G<br>ADDRESS REDACTED |
| HARVAN, MARY<br>ADDRESS REDACTED | HASSLER, PATRICK J<br>ADDRESS REDACTED | HASTY, BENJAMIN T<br>ADDRESS REDACTED |
| HAUSE, ALLEN P<br>ADDRESS REDACTED | HECK, TROY D<br>ADDRESS REDACTED | HECKMAN, CHRISTINE A<br>ADDRESS REDACTED |
| HEFFNER, ROBERT P<br>ADDRESS REDACTED | HEIST, TERRY L<br>ADDRESS REDACTED | HENRY MYERS<br>ADDRESS REDACTED |

HENSHAW, STEVEN W
ADDRESS REDACTED

HERMAN, HOLLY J
ADDRESS REDACTED

HESLOP, NOAH S
ADDRESS REDACTED

HILBERG, CLIFFORD M
ADDRESS REDACTED

HILBERG, CLIFFORD W
ADDRESS REDACTED

HIMMELREICH, LISA M
ADDRESS REDACTED

HIRNEISEN, DEBORAH G
ADDRESS REDACTED

HITCHENS, CAROL A
ADDRESS REDACTED

HOFFMAN, DANA L
ADDRESS REDACTED

HOFFMAN, ROBERT G
ADDRESS REDACTED

HOKE, JEFFREY A
ADDRESS REDACTED

HONEYBONE, ROBERT S
ADDRESS REDACTED

HOPTAK, COLLEEN ANN
ADDRESS REDACTED

HORNICKELL, PATRICIA A.
ADDRESS REDACTED

HOSTER JR, JOSEPH A
ADDRESS REDACTED

HOWE, DANIEL
ADDRESS REDACTED

HOWE, JAMES D
ADDRESS REDACTED

HOWE, PATRICK J
ADDRESS REDACTED

HUGHES, STEWART M
ADDRESS REDACTED

HULS, KEITH ALLAN
ADDRESS REDACTED

HUNTER GAJEWSKI
ADDRESS REDACTED

HUTCHINSON, DAVID C
ADDRESS REDACTED

IAN MAULE
ADDRESS REDACTED

IAN MCCORD
ADDRESS REDACTED

IBT/GCC & LOCAL 4C
PRESIDENT/LEGAL DEPARTMENT
PO BOX 30549
LOS ANGELES, CA 90030-0549

IBT/GCC & LOCAL 4C
PRESIDENT/LEGAL DEPARTMENT
PO BOX 30549
LOS ANGELES, CA 90030-0549

INTERNAL REVENUE SERVICE
LOCAL DISTRICT DIRECTOR
201 PENN ST
READING, PA 19601

IRIS OSORIO
ADDRESS REDACTED

ISAAC ULRICH
ADDRESS REDACTED

ISAAC ULRICH
ADDRESS REDACTED

JACK HOLCOMB
ADDRESS REDACTED

JACK ZABINSKI
ADDRESS REDACTED

JACKIE BARNES
ADDRESS REDACTED

| | | |
|---|---|---|
| JACKSON, KEVIN D<br>ADDRESS REDACTED | JACOB KLINGER<br>ADDRESS REDACTED | JACOBY, PHYLLIS H<br>ADDRESS REDACTED |
| JACQUELINE SCHMEHL<br>ADDRESS REDACTED | JAKE EZELL<br>ADDRESS REDACTED | JAMES CORCORAN<br>ADDRESS REDACTED |
| JAMES DAVIDHEISER JR<br>ADDRESS REDACTED | JAMES ENGLE<br>ADDRESS REDACTED | JAMES GOLOWSKI<br>ADDRESS REDACTED |
| JAMES HOMAN<br>ADDRESS REDACTED | JAMES KAMANU<br>ADDRESS REDACTED | JAMES KLUSEWITZ<br>ADDRESS REDACTED |
| JAMIE KLEIN<br>ADDRESS REDACTED | JAMIE LEWANDOWSKI<br>ADDRESS REDACTED | JAMIE RIMBY<br>ADDRESS REDACTED |
| JAMILLA WORKMAN<br>ADDRESS REDACTED | JAN ABRAMOWICZ<br>ADDRESS REDACTED | JAN BERNHEISER<br>ADDRESS REDACTED |
| JAN KRAFCZEK<br>CITY SOLICITOR OF THE CITY OF READING<br>CITY HALL<br>815 WASHINGTON ST, RM 2-54<br>READING, PA 19601-3690 | JAN MARKS<br>ADDRESS REDACTED | JAN RIEGEL<br>ADDRESS REDACTED |
| JANICE SUTTER<br>ADDRESS REDACTED | JARED RADCLIFFE<br>ADDRESS REDACTED | JASMINE GONZALEZ<br>ADDRESS REDACTED |
| JASON BRUDERECK<br>ADDRESS REDACTED | JASON KAHL<br>ADDRESS REDACTED | JAVIER VARGAS<br>ADDRESS REDACTED |
| JAY CROUSE<br>ADDRESS REDACTED | JEFFREY KERR<br>ADDRESS REDACTED | JEFFREY KNOP<br>ADDRESS REDACTED |
| JEFFREY LAUSCH<br>ADDRESS REDACTED | JENNIFER CEDENO<br>ADDRESS REDACTED | JENNIFER HULS<br>ADDRESS REDACTED |

JENNIFER HULS
ADDRESS REDACTED

JENNIFER KLINE
ADDRESS REDACTED

JENNIFER ROBERTS
ADDRESS REDACTED

JENNIFER WAGNER
ADDRESS REDACTED

JEREMY MAUN
ADDRESS REDACTED

JEREMY RAPP
ADDRESS REDACTED

JESSE RUSER
ADDRESS REDACTED

JILL SHEETZ
ADDRESS REDACTED

JILLIAN CLEMENTE
ADDRESS REDACTED

JILLIAN KRAVATZ
ADDRESS REDACTED

JIMMY FELIX JR
ADDRESS REDACTED

JOANNY GORIS
ADDRESS REDACTED

JOHN BOLOGA
ADDRESS REDACTED

JOHN BOOR JR
ADDRESS REDACTED

JOHN BRENNAN
ADDRESS REDACTED

JOHN ERNESTO
ADDRESS REDACTED

JOHN FIDLER
ADDRESS REDACTED

JOHN FORESTER JR
ADDRESS REDACTED

JOHN FRITZ
ADDRESS REDACTED

JOHN MAICHER
ADDRESS REDACTED

JOHN MORGAN
ADDRESS REDACTED

JOHN NICHOLAS
ADDRESS REDACTED

JOHN PIETROBONE
ADDRESS REDACTED

JOHN RIEGEL
ADDRESS REDACTED

JOHN SELTZER SR
ADDRESS REDACTED

JOHN SELTZER SR
ADDRESS REDACTED

JOLEEN WERT
ADDRESS REDACTED

JONATHAN WEAVER
ADDRESS REDACTED

JONES, EVAN R.
ADDRESS REDACTED

JONES, STACIE M
ADDRESS REDACTED

JORDAN SNEAD SR.
ADDRESS REDACTED

JOSE DELEON
ADDRESS REDACTED

JOSE ORTIZ
ADDRESS REDACTED

| | | |
|---|---|---|
| JOSEPH BARR SR<br>ADDRESS REDACTED | JOSEPH CONRAD<br>ADDRESS REDACTED | JOSEPH HOSTER JR<br>ADDRESS REDACTED |
| JOSEPH KOZLOWSKI<br>ADDRESS REDACTED | JOSEPH PELCHAR<br>ADDRESS REDACTED | JOSEPH SCARPONE<br>ADDRESS REDACTED |
| JOSEPHINE HOHL<br>ADDRESS REDACTED | JOSHUA FRANCIS<br>ADDRESS REDACTED | JOSHUA GRANT<br>ADDRESS REDACTED |
| JOSHUA LIDDICK<br>ADDRESS REDACTED | JUDITH BOYER<br>ADDRESS REDACTED | JUDITH TORNIELLI<br>ADDRESS REDACTED |
| JULIA RIVERA<br>ADDRESS REDACTED | JULIEANN COHEN<br>ADDRESS REDACTED | JUSTIN BUENFIL<br>ADDRESS REDACTED |
| KAITLIN TABELING<br>ADDRESS REDACTED | KALVIN THACH<br>ADDRESS REDACTED | KAPNER, BRIAN J<br>ADDRESS REDACTED |
| KAREN MILLER<br>ADDRESS REDACTED | KARRINE SULIVERA<br>ADDRESS REDACTED | KATHERINE PERALTA<br>ADDRESS REDACTED |
| KATHLEEN REEDY<br>ADDRESS REDACTED | KATIE PANNELL<br>ADDRESS REDACTED | KAYLA AULENBACH<br>ADDRESS REDACTED |
| KAYLEE GRABOWSKI<br>ADDRESS REDACTED | KAYLI PLOTNER<br>ADDRESS REDACTED | KEARNEY, ANDREW W<br>ADDRESS REDACTED |
| KEFFER, BARBARA<br>ADDRESS REDACTED | KEFFER, RODNEY R<br>ADDRESS REDACTED | KEITH FRITZ<br>ADDRESS REDACTED |
| KEITH GERY<br>ADDRESS REDACTED | KEITH SOMERDAY<br>ADDRESS REDACTED | KELLER, MICHAEL J<br>ADDRESS REDACTED |

KELLIE BENN
ADDRESS REDACTED

KELLY BROSS
ADDRESS REDACTED

KELLY DONKIN
ADDRESS REDACTED

KELLY JR, DANIEL P
ADDRESS REDACTED

KELLY MARKOWITZ
ADDRESS REDACTED

KENNETH MARTIN
ADDRESS REDACTED

KENNETH SHEALY JR
ADDRESS REDACTED

KERNS, WILLIAM W
ADDRESS REDACTED

KERR, JAMES W
ADDRESS REDACTED

KERR, PAMELA J
ADDRESS REDACTED

KERRY GRABOWSKI
ADDRESS REDACTED

KERRY WOODWORTH
ADDRESS REDACTED

KERSHNER, MARIE F
ADDRESS REDACTED

KEVIN DANIELS
ADDRESS REDACTED

KHAREEM PORTER
ADDRESS REDACTED

KIM TSOURISTAKIS-HOPE
ADDRESS REDACTED

KIMBERLEY BRADLEY
ADDRESS REDACTED

KIMBERLY MILLER
ADDRESS REDACTED

KLINE, DAVID L
ADDRESS REDACTED

KLINE, KATHLEEN L
ADDRESS REDACTED

KOHL, STEPHEN C
ADDRESS REDACTED

KORCZYKOWSKI, KEITH J
ADDRESS REDACTED

KOWALICK, KEVIN P
ADDRESS REDACTED

KOZAK, RONALD M
ADDRESS REDACTED

KRAVATZ, ANDREW J
ADDRESS REDACTED

KRISTIN REMMEL
ADDRESS REDACTED

KRISTINA CARE
ADDRESS REDACTED

KRISTY GREJDUS
ADDRESS REDACTED

KRUEL, STINEY
ADDRESS REDACTED

KRYSTLE BITTNER
ADDRESS REDACTED

KURSTIN SCHWOYER
ADDRESS REDACTED

KUTZA, JOHN P
ADDRESS REDACTED

KUTZER, CHRISTOPHER M
ADDRESS REDACTED

KWIATKOWSKI, THOMAS E
ADDRESS REDACTED

KYLE EDELMAN
ADDRESS REDACTED

LANGLEY, DAVID W
ADDRESS REDACTED

LARRY LESHER
ADDRESS REDACTED

LAURA FLIPPIN
ADDRESS REDACTED

LAURA NEWBERRY
ADDRESS REDACTED

LAUREN ANNUCCI
ADDRESS REDACTED

LAURYN SIRGEY
ADDRESS REDACTED

LAVERN RAUCH
ADDRESS REDACTED

LAWRENCE STROUP
ADDRESS REDACTED

LAWRENCE, KEVIN M
ADDRESS REDACTED

LEA SKENE
ADDRESS REDACTED

LEAH FASSNACHT
ADDRESS REDACTED

LEED, DUSTIN A
ADDRESS REDACTED

LENTON, GARRY W
ADDRESS REDACTED

LEON WEIKEL JR
ADDRESS REDACTED

LEPPO, SKYE C
ADDRESS REDACTED

LESHER, LARRY E
ADDRESS REDACTED

LESNIAK, THOMAS
ADDRESS REDACTED

LEWANDOWSKI, ANDREW
ADDRESS REDACTED

LEWIS, JAMES A
ADDRESS REDACTED

LIAM MIGDAIL
ADDRESS REDACTED

LILLIAN TORRES
ADDRESS REDACTED

LINDA PARRY
ADDRESS REDACTED

LINDA SEAMAN
ADDRESS REDACTED

LINDSEY O'LAUGHLIN
ADDRESS REDACTED

LINETTE, MICHAEL G
ADDRESS REDACTED

LINTZ, LINDA K
ADDRESS REDACTED

LIONTI, NICHOLAS JOSEPH
ADDRESS REDACTED

LIPTAK, ANN L
ADDRESS REDACTED

LIS, MICHAEL J
ADDRESS REDACTED

LISA BREININGER
ADDRESS REDACTED

LISA SCHLEICHER
ADDRESS REDACTED

LISZCZ, GERALD J
ADDRESS REDACTED

LISZCZ, GERI LYNN
ADDRESS REDACTED

LITTLE, LAUREN A
ADDRESS REDACTED

LLOYD HECKMAN
ADDRESS REDACTED

LOBB, WILLIAM J
ADDRESS REDACTED

LODER, CAROLYN V
ADDRESS REDACTED

LONG, JEREMY M
ADDRESS REDACTED

LONG, ROBERT M
ADDRESS REDACTED

LORA WEYANDT
ADDRESS REDACTED

LORI GERHART
ADDRESS REDACTED

LORI KERN
ADDRESS REDACTED

LORY GINDER
ADDRESS REDACTED

LUCILLE CRUZ
ADDRESS REDACTED

LUGO, ALEXANDER
ADDRESS REDACTED

LUIS GARRIGA
ADDRESS REDACTED

LUISA RODRIGUEZ
ADDRESS REDACTED

LUZ COTTO-YAMBO
ADDRESS REDACTED

LYNCH, DONALD F
ADDRESS REDACTED

LYNCH, MICHELLE N
ADDRESS REDACTED

LYNN AUMAN
ADDRESS REDACTED

LYNN PALO
ADDRESS REDACTED

MAHON III, GRANT S
ADDRESS REDACTED

MAHONY, THOMAS CHRISTOPHER
ADDRESS REDACTED

MANMILLER, EUGENE C
ADDRESS REDACTED

MANNINO, BRANDON R
ADDRESS REDACTED

MARANTHA BROADCASTING COMPANY  INC.
BARRY FISHER, PRESIDENT & GENERAL MANAGER
WFMZ-TV
300 E. ROCK RD.
ALLENTOWN, PA 18103

MARCELLE OROZCO
ADDRESS REDACTED

MARCUS LEAF
ADDRESS REDACTED

MARGO REED
ADDRESS REDACTED

MARIA BARR
ADDRESS REDACTED

MARIA BULTRON
ADDRESS REDACTED

MARIA SANTOS
ADDRESS REDACTED

MARK KOFROTH
ADDRESS REDACTED

| | | |
|---|---|---|
| MARTIN PETROSKI<br>ADDRESS REDACTED | MARTY MANAGER<br>ADDRESS REDACTED | MARY HAGEN<br>ADDRESS REDACTED |
| MARY YOUNG<br>ADDRESS REDACTED | MATTHEW BAUMANN<br>ADDRESS REDACTED | MATTHEW CAREY<br>ADDRESS REDACTED |
| MATTHEW DUNN<br>ADDRESS REDACTED | MATTHEW LONG<br>ADDRESS REDACTED | MATTHEW NANCI<br>ADDRESS REDACTED |
| MATTHEW NOJIRI<br>ADDRESS REDACTED | MATTHEW RASNIC<br>ADDRESS REDACTED | MATTHEW SEIFERT<br>ADDRESS REDACTED |
| MATTHEW THOMPSON<br>ADDRESS REDACTED | MATZ III, ANTHONY A<br>ADDRESS REDACTED | MAURICE PARRY<br>ADDRESS REDACTED |
| MAYER, KEITH T<br>ADDRESS REDACTED | MCBRYAN, SEAN D<br>ADDRESS REDACTED | MCCARTY, COREY A<br>ADDRESS REDACTED |
| MCGAW, JEFFREY E<br>ADDRESS REDACTED | MEGAN CARPENTER<br>ADDRESS REDACTED | MEGAN JONES<br>ADDRESS REDACTED |
| MEGAN ZETTLEMOYER<br>ADDRESS REDACTED | MEKEEL, DAVID C<br>ADDRESS REDACTED | MELCHER, PHILIP A<br>ADDRESS REDACTED |
| MELISSA MITCHELL<br>ADDRESS REDACTED | MELNICK, F DENNIS<br>ADDRESS REDACTED | MICHAEL BLANDFORD<br>ADDRESS REDACTED |
| MICHAEL CLOUSER<br>ADDRESS REDACTED | MICHAEL DOYLE<br>ADDRESS REDACTED | MICHAEL ESHBACH<br>ADDRESS REDACTED |
| MICHAEL FEENEY<br>ADDRESS REDACTED | MICHAEL HELD<br>ADDRESS REDACTED | MICHAEL KELLER<br>ADDRESS REDACTED |

MICHAEL LIS
ADDRESS REDACTED

MICHAEL MCGOVERN
ADDRESS REDACTED

MICHAEL MONT
ADDRESS REDACTED

MICHAEL PACHECO
ADDRESS REDACTED

MICHAEL PIZZO
ADDRESS REDACTED

MICHAEL RILEY
ADDRESS REDACTED

MICHAEL ZIELINSKI
ADDRESS REDACTED

MICHELE RODGERS
ADDRESS REDACTED

MILLER JR, RONALD G
ADDRESS REDACTED

MILLER, DOUGLASS W
ADDRESS REDACTED

MILLER, JEFFERY A
ADDRESS REDACTED

MILLER, ROBERT H
ADDRESS REDACTED

MITCHELL GERHART
ADDRESS REDACTED

MITCHELL LAMBERT
ADDRESS REDACTED

MITCHELL NORRIS
ADDRESS REDACTED

MOGEL, MICHAEL A
ADDRESS REDACTED

MOLIATU, SHAWN P
ADDRESS REDACTED

MOLLY BILINSKI
ADDRESS REDACTED

MORRIS, MICHELLE M
ADDRESS REDACTED

MOWERY, DAVID S
ADDRESS REDACTED

MOYER, RONALD L
ADDRESS REDACTED

MUCKEY, JAMES J
ADDRESS REDACTED

MUCKEY, MARY JO
ADDRESS REDACTED

MUDGE WELCH
ADDRESS REDACTED

MYA LOBB
ADDRESS REDACTED

NATALIE KOLB
ADDRESS REDACTED

NATESHIA LITTLE
ADDRESS REDACTED

NATHAN GALEN
ADDRESS REDACTED

NATHAN GALEN
ADDRESS REDACTED

NEMIROW, MARK A
ADDRESS REDACTED

NEUBERT, DANIEL A
ADDRESS REDACTED

NEWMAN, BEATRICE
ADDRESS REDACTED

NEWMOYER, LEO A
ADDRESS REDACTED

NEWS MEDIA ADVERTISING LLC
PRESIDENT/LEGAL DEPARTMENT
2 LEXINGTON COURT
MEDFORD, NJ 08055

NEYER, LINDA L
ADDRESS REDACTED

NICHOLAS COLASANTI
ADDRESS REDACTED

NICHOLAS GRAHAM
ADDRESS REDACTED

NICOLE BRAMBILA-TORRES
ADDRESS REDACTED

NICOLE MAURER
ADDRESS REDACTED

NILZA HERNANDEZ
ADDRESS REDACTED

NOLL, SHANNON R
ADDRESS REDACTED

ORGANTINI, THOMAS W
ADDRESS REDACTED

ORION MENGEL
ADDRESS REDACTED

ORLEDGE, DAVID W
ADDRESS REDACTED

OSWALD, ANNA M
ADDRESS REDACTED

PAIGE COOPERSTEIN
ADDRESS REDACTED

PAIGE GRABOWSKI
ADDRESS REDACTED

PALMER, FRANCES
ADDRESS REDACTED

PAPPAS, GEORGE
ADDRESS REDACTED

PARRY, LINDA
ADDRESS REDACTED

PATRICIA HARRIS
ADDRESS REDACTED

PATRICIA MESSNER
ADDRESS REDACTED

PATRICK DIETRICH
ADDRESS REDACTED

PATRICK OSBORNE
ADDRESS REDACTED

PATTON, STEVEN R
ADDRESS REDACTED

PAUL DRUZBA
ADDRESS REDACTED

PAUL HACKER
ADDRESS REDACTED

PAULIN, TERI A
ADDRESS REDACTED

PAWLEWICZ, MICHAEL T
ADDRESS REDACTED

PAZDRICK, TRACEY A
ADDRESS REDACTED

PELKA, PETER
ADDRESS REDACTED

PENNEPACKER, FREDERICK L
ADDRESS REDACTED

PENNSIDE STORAGE
PRESIDENT/LEGAL DEPARTMENT
2636 HILL ROAD
READING, PA 19606

PENNSYLVANIA DEP
OFFICE OF GENERAL COUNSEL
P.O. BOX 2063
400 MARKET ST., 16TH FLOOR
HARRISBURG, PA 17105

PENNSYLVANIA DEPARTMENT OF COMMUNITY & ECO
SEAN CHRISTOPHER CAMPBELL
400 NORTH STREET, FOURTH FLOOR
HARRISBURG, PA 17120

PETER CHIARELLI
ADDRESS REDACTED

PETER PELKA
ADDRESS REDACTED

PETERS, ROXANNE J
ADDRESS REDACTED

PHILIP GLATFELTER
ADDRESS REDACTED

PICKENS, TRAVIS L
ADDRESS REDACTED

PIETROWSKI, JOSEPH M
ADDRESS REDACTED

PINTO, CARLOS A
ADDRESS REDACTED

PIZZO, MICHAEL A.
ADDRESS REDACTED

POWERS, MARJO J
ADDRESS REDACTED

PRESTON, PAIGE E
ADDRESS REDACTED

RACHEL WHEELER
ADDRESS REDACTED

RALPH LOPEZ
ADDRESS REDACTED

RALPH WERNER
ADDRESS REDACTED

RANDAL BOYER
ADDRESS REDACTED

RANDAL BOYER
ADDRESS REDACTED

RAPP, JEREMY M
ADDRESS REDACTED

RAPPASELLI, PATRICIA A
ADDRESS REDACTED

RATHMAN, SCOTT A
ADDRESS REDACTED

RAYMOND ARNDT
ADDRESS REDACTED

RAYMOND BRITTON JR
ADDRESS REDACTED

READING AREA WATER AUTHORITY
1801 HUTZTOWN RD.
READING, PA 19604

REASER, LYNETTE
ADDRESS REDACTED

REBECCA GREGG
ADDRESS REDACTED

REBER, CELIA R
ADDRESS REDACTED

REED, ROBIN R
ADDRESS REDACTED

REGAN GAENZLE
ADDRESS REDACTED

REIMENSCHNEIDER, JERALD R
ADDRESS REDACTED

RENNINGER, CAROLE A
ADDRESS REDACTED

RENTSCHLER, CHARLES D
ADDRESS REDACTED

RHEN, BRADLEY A
ADDRESS REDACTED

RHOADS, CODY A
ADDRESS REDACTED

RICHARD AUMAN
ADDRESS REDACTED

RICHARD FORRY
ADDRESS REDACTED

RICHARD SHEPOSH
ADDRESS REDACTED

RICHARD SIGGINS
ADDRESS REDACTED

RICHARD STOUCH
ADDRESS REDACTED

RICHARD STOUCH
ADDRESS REDACTED

RICHTER, ADAM W
ADDRESS REDACTED

RICKEY SHINGLE
ADDRESS REDACTED

RILEY MURDOCK
ADDRESS REDACTED

RIPPEY, BRIAN M
ADDRESS REDACTED

RITESHA RAUCH
ADDRESS REDACTED

ROBERT CHALMERS
ADDRESS REDACTED

ROBERT CONROW
ADDRESS REDACTED

ROBERT DENTZER
ADDRESS REDACTED

ROBERT DISSINGER
ADDRESS REDACTED

ROBERT DISSINGER
ADDRESS REDACTED

ROBERT DREXEL
ADDRESS REDACTED

ROBERT FLOYD
ADDRESS REDACTED

ROBERT FREY III
ADDRESS REDACTED

ROBERT HARTLINE
ADDRESS REDACTED

ROBERT HOFFMAN
ADDRESS REDACTED

ROBERT HOFFMAN III
ADDRESS REDACTED

ROBERT MARSDEN
ADDRESS REDACTED

ROBERT MCCOOL
ADDRESS REDACTED

ROBERT MCCOOL
ADDRESS REDACTED

ROBERT RIO
ADDRESS REDACTED

ROBERT SHAAK
ADDRESS REDACTED

ROBERTA FERRANTE
ADDRESS REDACTED

ROBERTA NYE
ADDRESS REDACTED

ROBIN REED
ADDRESS REDACTED

ROBIN REED
ADDRESS REDACTED

ROCHEL GOLDBLATT
ADDRESS REDACTED

ROCKOWICZ, JEFFREY M
ADDRESS REDACTED

RODRIGUEZ-PRIEST, JENNIE
ADDRESS REDACTED

ROGERS, JAMES T
ADDRESS REDACTED

RONALD BITLER
ADDRESS REDACTED

| | | |
|---|---|---|
| RONALD JASKIEWICZ<br>ADDRESS REDACTED | RONALD SHAKESPEARE<br>ADDRESS REDACTED | RONNIE SOUTHWICK<br>ADDRESS REDACTED |
| RONNIE, TAD D<br>ADDRESS REDACTED | ROSENBERGER, CARL K<br>ADDRESS REDACTED | ROTHENBERGER, DONALD R<br>ADDRESS REDACTED |
| RUDOLPH HIMMELBERGER<br>ADDRESS REDACTED | RUTH, RICHARD H<br>ADDRESS REDACTED | RYAN GOLOWSKI<br>ADDRESS REDACTED |
| RYAN MCCLOUGHAN<br>ADDRESS REDACTED | RYAN MCFADDEN<br>ADDRESS REDACTED | RYAN REMP<br>ADDRESS REDACTED |
| RYNE GERY<br>ADDRESS REDACTED | SACHETTA, ROBERT G<br>ADDRESS REDACTED | SALVATORI, ANTHONY M<br>ADDRESS REDACTED |
| SAMANTHA GUT<br>ADDRESS REDACTED | SAMANTHA STALLONE<br>ADDRESS REDACTED | SAMANTHA TIGHE<br>ADDRESS REDACTED |
| SANDRA WEITZEL<br>ADDRESS REDACTED | SAPNA, SEVEST J<br>ADDRESS REDACTED | SARAH REYNOLDS<br>ADDRESS REDACTED |
| SARAH STIER<br>ADDRESS REDACTED | SASSAMAN, THERESA M<br>ADDRESS REDACTED | SCARCELLA, RICHARD J<br>ADDRESS REDACTED |
| SCHAEFFER, DENICE L<br>ADDRESS REDACTED | SCHAEFFER, MICHELE L<br>ADDRESS REDACTED | SCHEID, LISA F<br>ADDRESS REDACTED |
| SCHITTLER, LYNN M<br>ADDRESS REDACTED | SCHNEIDER, ROBERT C<br>ADDRESS REDACTED | SCOT ZALENSKI<br>ADDRESS REDACTED |
| SCOTT HAGY<br>ADDRESS REDACTED | SCOTT TOLLAND<br>ADDRESS REDACTED | SCOTT, JOSEPH T<br>ADDRESS REDACTED |

SCOTT, RUTH E
ADDRESS REDACTED

SCULL, STEVEN J
ADDRESS REDACTED

SEIDEL, TIMOTHY L
ADDRESS REDACTED

SEIFERT, ANITA M
ADDRESS REDACTED

SELTZER JR, HAROLD L
ADDRESS REDACTED

SELTZER, CHARLES T
ADDRESS REDACTED

SERBA, MARIA A
ADDRESS REDACTED

SHAFFRON, HELENA C
ADDRESS REDACTED

SHANI CARE
ADDRESS REDACTED

SHANNON SIMCOX
ADDRESS REDACTED

SHEARS, GERTRUDE A
ADDRESS REDACTED

SHERRY FLIPPIN
ADDRESS REDACTED

SHERRY JACOBS
ADDRESS REDACTED

SHI INTERNATIONAL CORP
PRESIDENT/LEGAL DEPARTMENT
PO BOX 41602
PHILADELPHIA, PA 19101-1602

SHINN, ROBERT T
ADDRESS REDACTED

SHUEY, KAREN M
ADDRESS REDACTED

SILVIA RUDY
ADDRESS REDACTED

SILVIA RUDY
ADDRESS REDACTED

SINGLEY, SHEA A
ADDRESS REDACTED

SLATER, RUSSELL H
ADDRESS REDACTED

SLATER, SYLVIA
ADDRESS REDACTED

SLEGOWSKI, PAUL J
ADDRESS REDACTED

SMITH, BRIAN M
ADDRESS REDACTED

SMITH, STEVEN P
ADDRESS REDACTED

SMITH, SUSAN E M
ADDRESS REDACTED

SNIDER, MICHAEL W
ADDRESS REDACTED

SOLT, JOSEPH C
ADDRESS REDACTED

SONIA QUINTERO
ADDRESS REDACTED

SPECK, MATTHEW M
ADDRESS REDACTED

SPENCER WERTZ JR
ADDRESS REDACTED

SPITLER JR, HERBERT RAY
ADDRESS REDACTED

SR, JOSEPH BARR
ADDRESS REDACTED

STACEY AGOSTO
ADDRESS REDACTED

STALLONE JR, ALBERT A
ADDRESS REDACTED

STAMBAUGH, CATHERINE
ADDRESS REDACTED

STARKE, DONALD E
ADDRESS REDACTED

STARR, JON
ADDRESS REDACTED

STEFAN KOSIKOWSKI
ADDRESS REDACTED

STELLO, THERESA M
ADDRESS REDACTED

STEPHANIE ROLLINSON
ADDRESS REDACTED

STEPHEN MAUGERI
ADDRESS REDACTED

STEPHEN MURNANE
ADDRESS REDACTED

STEPHEN VALENTI
ADDRESS REDACTED

STEPHENS, MILDRED V.
ADDRESS REDACTED

STEVEN CHUPRINSKY
ADDRESS REDACTED

STEVEN HART
ADDRESS REDACTED

STEVEN RHOADS
ADDRESS REDACTED

STEVEN RUCHLEWICZ
ADDRESS REDACTED

STEVEN TUCK
ADDRESS REDACTED

STINNETT, ELDON L
ADDRESS REDACTED

STOUDT, JOHN L
ADDRESS REDACTED

STOUDT, JOHN L
ADDRESS REDACTED

STRAUSSER, LYNN A
ADDRESS REDACTED

STRICKLER JR, CHARLES W
ADDRESS REDACTED

STRICKLER, JOHN W
ADDRESS REDACTED

STROUP, LAWRENCE A
ADDRESS REDACTED

STUBBLEBINE, JAMES M
ADDRESS REDACTED

SUHANA JAGADESAN
ADDRESS REDACTED

SUSAN FRITZ
ADDRESS REDACTED

SUSAN KEEN
ADDRESS REDACTED

SUSAN KOOMAR
ADDRESS REDACTED

SUSAN MARRA
ADDRESS REDACTED

SUSAN MCGOVERN
ADDRESS REDACTED

SUSAN MCGOVERN
ADDRESS REDACTED

SUSAN REICHERT
ADDRESS REDACTED

SUSAN SEIDEL
ADDRESS REDACTED

SUSANA RAMOS PIRELA
ADDRESS REDACTED

SUSANNE SANDS
ADDRESS REDACTED

SWANN, MICHAEL L
ADDRESS REDACTED

SWANSON, DAVID M
ADDRESS REDACTED

SWARTZ, DENNIS L
ADDRESS REDACTED

SWEIGERT, BARRIE L
ADDRESS REDACTED

SWEITZER, LISA K
ADDRESS REDACTED

TAMMY BURKHART
ADDRESS REDACTED

TANKRED, ANDREW G
ADDRESS REDACTED

TARA CALLIS
ADDRESS REDACTED

TASHA ESSER
ADDRESS REDACTED

TAYLOR FEENEY
ADDRESS REDACTED

TEAMSTERS LOCAL UNION NO. 429
PRESIDENT/LEGAL DEPARTMENT
PO BOX 15223
READING, PA 19612-5223

TERRY ARTZ
ADDRESS REDACTED

TERRY BEILHART
ADDRESS REDACTED

TERRY BICKHART
ADDRESS REDACTED

TETER, PATRICIA J
ADDRESS REDACTED

THE COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR AND INDUSTRY
651 BOAS ST, RM 1700
HARRISBURG, PA 17121

THE PENNSYLVANIA INDUSTRIAL DEVELOPMENT AUT
SEAN CHRISTOPHER CAMPBELL
400 NORTH STREET, FOURTH FLOOR
HARRISBURG, PA 17120

THOMAS KNAUSE
ADDRESS REDACTED

THOMAS KNAUSE
ADDRESS REDACTED

THOMAS KUPISZEWSKI
ADDRESS REDACTED

THOMAS KUPISZEWSKI
ADDRESS REDACTED

THOMAS LESNIAK
ADDRESS REDACTED

THOMAS RIMBY
ADDRESS REDACTED

THOMAS ZALENSKI
ADDRESS REDACTED

THOMAS ZALENSKI
ADDRESS REDACTED

TIMOTHY ANTOSY
ADDRESS REDACTED

TIMOTHY LEEDY
ADDRESS REDACTED

TIMOTHY MAZAIKA
ADDRESS REDACTED

TINA RIVERA
ADDRESS REDACTED

TODD HUYETT
ADDRESS REDACTED

TOMLINSON, TODD E
ADDRESS REDACTED

TRACEY STROHMAN
ADDRESS REDACTED

TRAY LIAS JR
ADDRESS REDACTED

TRISTAN HESLOP
ADDRESS REDACTED

TRUCKERMILLER, FRANCIS
ADDRESS REDACTED

TURNER, JOHN F
ADDRESS REDACTED

U.S. DEPARTMENT OF LABOR
OFFICE OF GENERAL COUNSEL
200 CONSTITUTION AVE NW
WASHINGTON, DC 20210

UHRICH, WILLIAM D
ADDRESS REDACTED

UNGER JR, LEWIS F
ADDRESS REDACTED

UNITED STATES ENVIRONMENTAL PROTECTION A
OFFICE OF GENERAL COUNSEL
1650 ARCH ST
PHILADELPHIA, PA 19103-2029

UNITED STATES ENVIRONMENTAL PROTECTION AGEN
OFFICE OF GENERAL COUNSEL
MAIL CODE: 2310A
1200 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20460

URBAN, MICHAEL H
ADDRESS REDACTED

UVALDO GONZALEZ-MUNOZ
ADDRESS REDACTED

VALENTIN, SHAWNEE
ADDRESS REDACTED

VALENTINO, DAVID F
ADDRESS REDACTED

VICKIE SANTIAGO
ADDRESS REDACTED

VICTOR COTTO
ADDRESS REDACTED

VICTOR COTTO
ADDRESS REDACTED

VICTOR MALAVE
ADDRESS REDACTED

VICTOR VERA
ADDRESS REDACTED

VICTORIA MIER
ADDRESS REDACTED

VICTORINA ESQUIVEL
ADDRESS REDACTED

VLADIMIR MARCELLUS
ADDRESS REDACTED

WALSH, KELLY A
ADDRESS REDACTED

WALTER WOOLWINE JR
ADDRESS REDACTED

WALTER, ERIC J
ADDRESS REDACTED

WALTIMYER, MARK J
ADDRESS REDACTED

WANDA DRUZBA
ADDRESS REDACTED

WEAVER, KERRY L
ADDRESS REDACTED

WEAVER, STEPHANIE M
ADDRESS REDACTED

WEIDENHEIMER JR, WILLIAM F
ADDRESS REDACTED

WEIDLER, ERIC H
ADDRESS REDACTED

WERLEY, KRIS A
ADDRESS REDACTED

WERNER, RALPH D
ADDRESS REDACTED

| | | |
|---|---|---|
| WERNER, TYLER D<br>ADDRESS REDACTED | WERT, CRAIG D<br>ADDRESS REDACTED | WESLEY CIPOLLA<br>ADDRESS REDACTED |
| WESNER, CHARLES S<br>ADDRESS REDACTED | WHEELER III, WILLIS V<br>ADDRESS REDACTED | WHITE, LINDA M<br>ADDRESS REDACTED |
| WILLIAM ARNDT<br>ADDRESS REDACTED | WILLIAM GULDIN<br>ADDRESS REDACTED | WILLIAM MENGEL<br>ADDRESS REDACTED |
| WILLIAM REBER<br>ADDRESS REDACTED | WILLIAM SHUPP III<br>ADDRESS REDACTED | WILLIAM THOMPSON<br>ADDRESS REDACTED |
| WITEK, MACIEJ P<br>ADDRESS REDACTED | WOJSZWILLO, JEAN C<br>ADDRESS REDACTED | WRIGHT, DONALD R<br>ADDRESS REDACTED |
| YETZER, JOHN R<br>ADDRESS REDACTED | YODER, MICHAEL J<br>ADDRESS REDACTED | YOST, ROBERT<br>ADDRESS REDACTED |
| YOUNG, BRIAN K<br>ADDRESS REDACTED | YOUNG, TARA S<br>ADDRESS REDACTED | YOUSAITIS, JAMES M<br>ADDRESS REDACTED |
| YVONNE FONTE<br>ADDRESS REDACTED | ZAFFARY, JOAN C<br>ADDRESS REDACTED | ZALENSKI, THOMAS J<br>ADDRESS REDACTED |
| ZATRATZ, JOHN M.<br>ADDRESS REDACTED | | |

Parties Served: 916