IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Reading Eagle Company, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11728-REF<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on May 31, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document(s) to be served (i) via e-mail to the parties listed in **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Declaration of Disinterestedness in Support of Retention as Ordinary Course Professional [Docket No. 269]**

- **Notice of Declaration of Disinterestedness of Ordinary Course Professional [Docket No. 270]**

Dated: June 3, 2019

_____
Colin Linebaugh
Omni Management Group
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 3rd day of June, 2019, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The last four digits of Debtor Reading Eagle Company's tax identification number are 3740. The last four digits of Debtor WEEU Broadcasting Company's tax identification number are 8488.

# **<u>EXHIBIT A</u>**

| | | |
|---|---|---|
| A DENNIS ADAMS CPA, TREASURER<br>TAXCLAIM@COUNTYOFBERKS.COM | ANYGRAAF<br>ANYINC@ANYGRAAF.COM | CAPITAL BLUE CROSS<br>CBCARRSERDNRA@CAPBLUECROSS.COM; |
| CARROW REAL ESTATE SERVICES PA LLC<br>LWALL@CARROWREALESTATESERVICES.COM | CENTRAL INK CORPORATION<br>GEORGE.SHOWN@CICINK.COM | CORE BTS INC<br>DAWN.SMITH@COREBTS.COM |
| LAMAR COMPANIES<br>TBLESSING@LAMAR.COM | LINDENMEYR MUNROE<br>ALAMBDIN@LINDENMEYR.COM | NEWSCYCLE SOLUTIONS INC<br>NEWSCYCLE.AR@NEWSCYCLE.COM |
| OFFICE OF THE UNITED STATES TRUSTEE<br>DAVE P. ADAMS<br>DAVE.P.ADAMS@USDOJ.GOV | PAGE COOPERATIVE<br>DANA.GRECO@PAGECOOPERATIVE.COM | PANDOLOGIC INC<br>JBARDHOSHI@PANDOLOGIC.COM |
| READING PARKING AUTHORITY<br>KEISHLARAMOS@READINGPARKING.COM | RESOLUTE FP US INC<br>JAMIE.HARRIS@RESOLUTEFP.COM; INFO@RESOLUT | SECURITY GUARDS INC<br>SGI@SECURITYGUARDSINC.COM |
| WHITE BIRCH PAPER CO<br>DICKTABBACHINO@WHITEBIRCHPAPER.COM | | |

Parties Served:  16

# **EXHIBIT B**

| | | |
|---|---|---|
| A DENNIS ADAMS CPA, TREASURER<br>633 COURT ST, 2ND FL<br>READING, PA 19601-4318 | ALLAN INDUSTRIES INC<br>270 ROUTE 46 EAST<br>ROCKAWAY, NJ 07866 | ANYGRAAF<br>10451 MILL RUN CIRCLE, STE 400<br>OWINGS MILLS, MD 21117 |
| CAPITAL BLUE CROSS<br>PAYMENT PROCESSING<br>P.O. BOX 371482<br>PITTSBURGH, PA 15250-7482 | CARROW REAL ESTATE SERVICES PA LLC<br>99 WASHINGTON AVE<br>ALBANY, NY 12260 | CENTRAL INK CORPORATION<br>P.O. BOX 2165<br>BEDFORD PARK, IL 60499-2165 |
| CORE BTS INC<br>4419 SOLUTIONS CENTER<br>P.O. BOX 774419<br>CHICAGO, IL 60677 | INGERSOLL-RAND COMPANY<br>INDUSTRIAL TECHNOLOGIES<br>15768 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | INNOVATIVE TECHNOLOGIES IN PRINT<br>200 SOUTH CHESTNUT ST<br>ELIZABETHTOWN, PA 17022 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INVESTORS TRUST COMPANY<br>ATTN: RAYMOND T KASE JR<br>1340 BROADCASTING RD, STE 100<br>WYOMISSING, PA 19610 | LAMAR COMPANIES<br>P.O. BOX 96030<br>BATON ROUGE, LA 70896 |
| LINDENMEYR MUNROE<br>3300 HORIZON DR<br>KING OF PRUSSIA, PA 19406 | NEWSCYCLE SOLUTIONS INC<br>P.O. BOX 851306<br>MINNEAPOLIS, MN 55485-1306 | PAGE COOPERATIVE<br>P.O. BOX 842228<br>BOSTON, MA 02284-2228 |
| PANDOLOGIC INC<br>3 E 54TH ST, 19TH FL<br>NEW YORK, NY 10022 | READING PARKING AUTHORITY<br>613 FRANKLIN ST<br>READING, PA 19602 | RESOLUTE FP US INC<br>5300 CURETON FERRY RD<br>CATAWBA, SC 29704 |
| SECURITY GUARDS INC<br>600 PARK RD NORTH<br>P.O. BOX 6283<br>WYOMISSING, PA 19610 | TELEREACH INC<br>90 WHITING ST<br>PLAINVILLE, CT 06062 | WHITE BIRCH PAPER CO<br>STADACONA S.E.C.<br>10 BLVD DES CAPUCINS<br>QUEBEC, QC G1J 5L7<br>CANADA |

Parties Served: 21