*Proofs of Claim Report - RE Liquidation Corp., et al.*

Wednesday, July 31, 2019 - 9:21:27 AM PT

FILED
AUG - 1 2019
BY TIMOTHY McGRATH, CLERK
DEP. CLERK
U.S. BANKRUPTCY

## Claims Summary

| Class | Proof of Claim Amount | Final Allowed Amount |
|---|---|---|
| UNSECURED | $1,508,974.60 | |
| PRIORITY | $7,120.00 | |
| Total | $1,516,094.60 | |

Total Claims/Schedules: 7

## Claims Details (7)

**Penn State Sports Properties, LLC**
Case(s): 731 Clm No: 1 Clm. Amt: $1,664.00

c/o Learfield Communications, LLC
Attn: Amanda Newbrough
P.O. Box 843038
Kansas City, MO 64184-3038
Date Filed: 4/2/2019
Claim Face Value: $1,664.00

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 731 | UNS | $1,664.00 | | |
| | | $1,664.00 | | |

**Entercom Philadelphia Eagles**
Case(s): 731 Clm No: 2 Clm. Amt: $2,747.20

c/o Szabo Associates, Inc.
Attn: Sandi Henderson
3355 Lenox Rd. NE, Suite 945
Atlanta, GA 30326
Date Filed: 4/16/2019
Claim Face Value: $2,747.20

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 731 | UNS | $2,747.20 | | |
| | | $2,747.20 | | |

**BEI ELECTRONICS LLC dba Broadcast Electronics**
Case(s): 731 Clm No: 3 Clm. Amt: $525.00

Attn: Heather K. Taute
4100 N 24th St
Quincy, IL 62305
Date Filed: 5/16/2019
Claim Face Value: $525.00

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 731 | UNS | $525.00 | | |
| | | $525.00 | | |

**Pension Benefit Guaranty Corporation**
Case(s): 731 Clm No: 4 Clm. Amt:

c/o Office of the General Counsel
Attn: Ralph L.Landy
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026
Date Filed: 6/11/2019
Claim Face Value:

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 731 | PRI | Unknown | Y | |

**Pension Benefit Guaranty Corporation**
**Case(s): 731 Clm No: 5 Clm. Amt: $118,081.00**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Office of the General Counsel*<br>*Attn: Ralph L. Landy*<br>*1200 K Street, NW Suite 340*<br>*Washington, DC 20005-4026*<br>**Date Filed: 6/11/2019**<br>**Claim Face Value: $118,081.00** | 731<br>731 | PRI<br>UNS | $7,120.00<br>$110,961.00<br>$118,081.00 | | |

**Pension Benefit Guaranty Corporation**
**Case(s): 731 Clm No: 6 Clm. Amt: $1,389,102.00**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Office of the General Counsel*<br>*Attn: Ralph L. Landy*<br>*1200 K Street, NW, Suite 340*<br>*Washington, DC 20005-4026*<br>**Date Filed: 6/11/2019**<br>**Claim Face Value: $1,389,102.00** | 731 | UNS | $1,389,102.00<br>$1,389,102.00 | | |

**Met Ed**
**Case(s): 731 Clm No: 7 Clm. Amt: $3,975.40**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Lisa Macaluso*<br>*101 Crawford's Corner Rd, Bldg 1, Ste 1-511*<br>*Holmdel, NJ 07733*<br>**Date Filed: 7/22/2019**<br>**Claim Face Value: $3,975.40** | 731 | UNS | $3,975.40<br>$3,975.40 | | |