United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-11728-jkf
RE Liquidation Corp.                                                      Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Virginia          Page 1 of 2          Date Rcvd: Sep 26, 2019
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
db              +RE Liquidation Corp.,    345 Penn Street,    Reading, PA 19601-4029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
          ALBERT A. CIARDI, III   on behalf of Interested Party   Tempstar Staffing aciardi@ciardilaw.com,
           aaecfpa@gmail.com;aaecf-pa@ciardilaw.com;sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
          BARRY D. KLEBAN    on behalf of Debtor    RE Liquidation Corp. bkleban@mdmc-law.com,
           kdeans@mdmc-law.com;kpatterson@mdmc-law.com
          BARRY D. KLEBAN    on behalf of Debtor    Radio Liquidation Corp. bkleban@mdmc-law.com,
           kdeans@mdmc-law.com;kpatterson@mdmc-law.com
          BARRY D. KLEBAN    on behalf of Interested Party    WEEU Broadcasting Company bkleban@mdmc-law.com,
           kdeans@mdmc-law.com;kpatterson@mdmc-law.com
          BARRY W. SAWTELLE    on behalf of Creditor    BWH Media, LLC bsawtelle@kozloffstoudt.com,
           dgabala@kozloffstoudt.com
          CLAYTON W. DAVIDSON    on behalf of Creditor    BD White Birch Investments LLC cdavidson@mwn.com,
           nwelch@mwn.com
          DANIEL S. SIEDMAN    on behalf of Interested Party    Tempstar Staffing dsiedman@ciardilaw.com,
           dtorres@ciardilaw.com;sfrizlen@ciardilaw.com
          DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
          DAVID M. FOURNIER    on behalf of Interested Party    MediaNews Group, Inc. FOURNIED@pepperlaw.com,
           henrys@pepperlaw.com;molitorm@pepperlaw.com;mclaughlinm@pepperlaw.com;hardinp@pepperlaw.com
          DAVID M. FOURNIER    on behalf of Interested Party    MNG-RE Acquisition LLC FOURNIED@pepperlaw.com,
           henrys@pepperlaw.com;molitorm@pepperlaw.com;mclaughlinm@pepperlaw.com;hardinp@pepperlaw.com
          JEFFREY C. CLARK    on behalf of Creditor    Capital BlueCross jclark@wwwpalaw.com,
           dwilliamson@wwwpalaw.com
          JOHN C. KILGANNON    on behalf of Financial Advisor    Dirks, Van Essen, Murray & April
           jck@stevenslee.com,  pam@stevenslee.com
          JOHN C. KILGANNON    on behalf of Debtor    RE Liquidation Corp. jck@stevenslee.com,
           pam@stevenslee.com
          JON M. GRUBER    on behalf of Creditor    ITP of USA, Inc. mas@rkglaw.com,  jmg@rkglaw.com
          JONATHAN WALTERS    on behalf of Creditor    GCC/IBT National Pension Fund
           jwalters@markowitzandrichman.com
          Jessica R. Brown    on behalf of Interested Party    Teamsters Local 429 jbrown@wwdlaw.com
          Jessica R. Brown    on behalf of Interested Party    Communication Workers of America Local 14827
           jbrown@wwdlaw.com
          KURT ALTHOUSE    on behalf of Creditor    Reading Parking Authority kalthouse@bhcb.com
          LIAM Y. BRABER    on behalf of Creditor    GCIU-Employer Retirement Fund and Board of Trustees of
           GCIU-Employer Retirement Fund liam@charlsonlaw.com
          LIAM Y. BRABER    on behalf of Creditor    GCIU Local No. 4C liam@charlsonlaw.com
          MARK D. PFEIFFER    on behalf of Creditor    Central Ink Corporation mark.pfeiffer@bipc.com,
           donna.curcio@bipc.com
          MEGAN L. DAVIS    on behalf of Creditor    Administrative Office of Pa. Courts
           megan.davis@pacourts.us
          NICHOLAS J. LEPORE, III   on behalf of Financial Advisor    Dirks, Van Essen, Murray & April
           nlepore@schnader.com

District/off: 0313-4          User: Virginia          Page 2 of 2          Date Rcvd: Sep 26, 2019
                             Form ID: pdf900          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          NICOLA G. SUGLIA    on behalf of Creditor    LEAF Capital Funding, LLC nsuglia@fleischerlaw.com,
           fleischercases@fleischerlaw.com
          R. MATTHEW PETTIGREW, JR.    on behalf of Creditor    GCIU-Employer Retirement Fund and Board of
           Trustees of GCIU-Employer Retirement Fund mpettigrew@markowitzandrichman.com
          R. MATTHEW PETTIGREW, JR.    on behalf of Creditor    GCIU Local No. 14M
           mpettigrew@markowitzandrichman.com
          R. MATTHEW PETTIGREW, JR.    on behalf of Creditor    GCIU Local No. 4C
           mpettigrew@markowitzandrichman.com
          R. MATTHEW PETTIGREW, JR.    on behalf of Creditor    GCC/IBT National Pension Fund
           mpettigrew@markowitzandrichman.com
          RACHEL JAFFE MAUCERI    on behalf of    Central Pennsylvania Teamsters Pension Fund
           Rachel.Mauceri@morganlewis.com
          RALPH LEWIS LANDY    on behalf of Creditor    Pension Benefit Guaranty Corportion
           landy.ralph@pbgc.gov
          ROBERT  LAPOWSKY    on behalf of Debtor    Radio Liquidation Corp. rl@stevenslee.com
          ROBERT  LAPOWSKY    on behalf of Debtor    RE Liquidation Corp. rl@stevenslee.com
          ROBERT J. KRANDEL    on behalf of Creditor    Administrative Office of Pa. Courts
           Robert.krandel@pacourts.us,  legaldepartment@pacourts.us
          SCOTT HOWARD BERNSTEIN    on behalf of Creditor    Resolute FP US Inc. sbernstein@blakeleyllp.com
          STEPHEN J. DZURANIN    on behalf of Creditor    Capital BlueCross sdzuranin@wwwpalaw.com,
           dwilliamson@wwwpalaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 36

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| RE Liquidation Corp, *et al.*,[1] | Case No. 19-11728-JKF |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING OMNIBUS REJECTION OF ALL REMAINING**
**EXECUTORY CONTRACTS PURSUANT TO SECTION 365(A) OF THE**
**BANKRUPTCY CODE NUNC PRO TUNC**

Upon the motion (the "Motion"),[2] of the debtors and debtors in possession (the

"Debtors"), pursuant to sections 365(a) of title 11 of the United States Code (the "Bankruptcy

Code"), authorizing the Debtors to reject all of the executory contracts not previously assumed;

and the Court having jurisdiction to consider the Motion and the relief requested therein in

accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested

therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and no trustee, examiner, or statutory

creditors' committee having been appointed in these chapter 11 cases; and due and proper notice

of the Motion having been provided, and it appearing that no other or further notice need be

provided; and a hearing having been held to consider the relief requested in the Motion (the

"Hearing"); and the record of the Hearing, and all of the proceedings had before the Court; and

any objections to the Motion having been withdrawn or overruled; the Court further finding and

determining that the relief sought in the Motion is in the best interests of the Debtors, their

---

[1]    The last four digits of Debtor RE Liquidation Corp's tax identification number are 3740. The last four digits of Debtor Radio Liquidation Corp's tax identification number are 8488.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

6

08/30/2019 SL1 1599880v2 113308.00001

estates and creditors, and all parties in interest, and that the legal and factual bases set forth in the

Motion establish just cause for the relief granted herein; and after due deliberation thereon and

good and sufficient cause appearing therefore;

### IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      Upon entry of this Order, the Remaining Contracts are deemed rejected without

any further action by or order of the Court nunc pro tunc to June 30, 2019.

3.      The terms and conditions of this Order shall be immediately effective and

enforceable upon entry.

4.      This Court shall retain jurisdiction with respect to all matters arising from or

relating to the interpretation or implementation of this Order.

Dated: _9/26/19_____, 2019

_____

JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

7

08/30/2019 SL1 1599880v2 113308.00001