IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RE Liquidation Corp, *et al.*[1],<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11728-JKF<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on December 10, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document(s) to be served (i) via e-mail to the parties listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Debtors' Response to United States Trustee's Motion to Dismiss or Convert to Chapter 7 [Docket No. 433]**

Dated: December 11, 2019

　　　　　　　　　　　　　　　　*/s/ Colin Linebaugh*
　　　　　　　　　　　　　　　　Colin Linebaugh
　　　　　　　　　　　　　　　　Omni Management Group
　　　　　　　　　　　　　　　　5955 DeSoto Avenue, Suite 100
　　　　　　　　　　　　　　　　Woodland Hills, California 91367
　　　　　　　　　　　　　　　　(818) 906-8300

{State of California　　　}
{　　　　　　　　　　　　} ss.
{County of Los Angeles　 }

Subscribed and sworn to (or affirmed) before me on this 11th day of December 20 19, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The last four digits of Debtor RE Liquidation Corp's tax identification number are 3740. The last four digits of Debtor Radio Liquidation Corp's tax identification number are 8488.

# **EXHIBIT A**

| | | |
|---|---|---|
| A DENNIS ADAMS CPA, TREASURER<br>TAXCLAIM@COUNTYOFBERKS.COM | AKIN GUMP STRAUSS HAUER & FELD LLP<br>GARY A. RITACCO<br>GRITACCO@AKINGUMP.COM | AKIN GUMP STRAUSS HAUER & FELD LLP<br>LISA G. BECKERMAN<br>LBECKERMAN@AKINGUMP.COM |
| ANYGRAAF<br>ANYINC@ANYGRAAF.COM | BLAKELEY LLP<br>SCOTT H. BERNSTEIN<br>SBERNSTEIN@BLAKELEYLLP.COM | CAPITAL BLUE CROSS<br>CDH.CBC@CAPBLUECROSS.COM |
| CARROW REAL ESTATE SERVICES PA LLC<br>LWALL@CARROWREALESTATESERVICES.COM | CIARDI CIARDI & ASTIN<br>ALBERT A. CIARDI<br>ACIARDI@CIARDILAW.COM | CIARDI CIARDI & ASTIN<br>DANIEL S. SIEDMAN<br>DSIEDMAN@CIARDILAW.COM |
| CORE BTS INC<br>DAWN.SMITH@COREBTS.COM | DEPARTMENT OF LABOR AND INDUSTRY<br>RA-LI-BETO-BANKREADING@STATE.PA.US | FEDERAL COMMUNICATIONS COMMISSION<br>TOM.WHEELER@FCC.GOV |
| KOZLOFF STOUDT<br>BARRY SAWTELLE<br>BSAWTELLE@KOZLOFFSTOUDT.COM | KOZLOFF STOUDT<br>JESTYN G. PAYNE<br>JPAYNE@KOZLOFFSTOUDT.COM | KOZLOFF STOUDT<br>KOURTNEY E. BERNECKER<br>KBERNECKER@KOZLOFFSTOUDT.COM |
| LAMAR COMPANIES<br>TBLESSING@LAMAR.COM | LINDENMEYR MUNROE<br>ALAMBDIN@LINDENMEYR.COM | MARKOWITZ & RICHMAN<br>JONATHON WALTERS<br>JWALTERS@MARKOWITZANDRICHMAN.COM |
| MARKOWITZ & RICHMAN<br>MATTHEW R. PETTIGREW<br>MPETTIGREW@MARKOWITZANDRICHMAN.COM | MARKOWITZ & RICHMAN<br>THOMAS H. KOHN<br>TKOHN@MARKOWITZANDRICHMAN.COM | MCELROY, DEUTSCH, MULVANEY& CARPENTER, LLP<br>BARRY D. KLEBAN<br>BKLEBAN@MDMC-LAW.COM |
| MOONEY, GREEN, SAINDON, MURPHY & WELCH<br>PETER J. LEFF<br>JMOONEY@MOONEYGREEN.COM | MORGAN, LEWIS & BOCKIUS LLP<br>MATTHEW C. ZIEGLER<br>MATTHEW.ZIEGLER@MORGANLEWIS.COM | MORGAN, LEWIS & BOCKIUS LLP<br>RACHEL J. MAUCERI<br>RACHEL.MAUCERI@MORGANLEWIS.COM |
| NEWSCYCLE SOLUTIONS INC<br>NEWSCYCLE.AR@NEWSCYCLE.COM | OFFICE OF THE ATTORNEY GENERAL<br>CAROL E. MOMJIAN<br>CMOMJIAN@ATTORNEYGENERAL.GOV | OFFICE OF THE ATTORNEY GENERAL<br>JASON L. SWARTLEY<br>JSWARTLEY@ATTORNEYGENERAL.GOV |
| OFFICE OF THE ATTORNEY GENERAL<br>MELISSA L. VAN ECK<br>MVANECK@ATTORNEYGENERAL.GOV | OFFICE OF THE UNITED STATES ATTORNEY<br>USAPAE.USATTORNEY@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>DAVE P. ADAMS<br>DAVE.P.ADAMS@USDOJ.GOV |
| PAGE COOPERATIVE<br>DANA.GRECO@PAGECOOPERATIVE.COM | PENSION BENEFIT GUARANTY CORPORATION<br>RALPH L. LANDY<br>LANDY.RALPH@PBGC.GOV | PEPPER HAMILTON LLP<br>DAVID M. FOURNIER<br>FOURNIERD@PEPPERLAW.COM |
| READING PARKING AUTHORITY<br>KEISHLARAMOS@READINGPARKING.COM | RESOLUTE FP US INC<br>INFO@RESOLUTEFP.COM | RESOLUTE FP US INC<br>JAMIE.HARRIS@RESOLUTEFP.COM; INFO@RESOLUT |
| RUSSELL, KRAFT & GRUBER, LLP<br>JON M. GRUBER<br>JMG@RKGLAW.COM | SCHNADER HARRISON SEGAL & LEWIS LLP<br>NICHOLAS J. LEPORE<br>NLEPORE@SCHNADER.COM | SECURITY GUARDS INC<br>SGI@SECURITYGUARDSINC.COM |
| STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | SUPREME COURT OF PA<br>LEGALDEPARTMENT@PACOURT.US | WHITE BIRCH PAPER CO<br>DICKTABBACHINO@WHITEBIRCHPAPER.COM |
| WILIG, WILLIAMS & DAVIDSON<br>JESSICA R. BROWN<br>JBROWN@WWDLAW.COM | WIX, WENGER & WEIDNER<br>STEPHEN J. DZURANIN<br>SDZURANIN@WWWPALAW.COM | |

Parties Served: 44

# **EXHIBIT B**

| | | |
|---|---|---|
| A DENNIS ADAMS CPA, TREASURER<br>633 COURT ST, 2ND FL<br>READING, PA 19601-4318 | ALLAN INDUSTRIES INC<br>270 ROUTE 46 EAST<br>ROCKAWAY, NJ 07866 | ANYGRAAF<br>10451 MILL RUN CIRCLE, STE 400<br>OWINGS MILLS, MD 21117 |
| BANK OF AMERICA<br>P.O. BOX 15284<br>WILMINGTON, DE 19850 | BINGMAN, HESS, COBLENTZ & BELL, P.C<br>ATTN: KURT ALTHOUSE<br>2 MERIDIAN BLVD<br>WYOMISSING, PA 19610 | BLACK WALNUT MEDIA<br>P.O. BOX 662<br>READING, PA 19603 |
| CAPITAL BLUE CROSS<br>PAYMENT PROCESSING<br>P.O. BOX 371482<br>PITTSBURGH, PA 15250-7482 | CARROW REAL ESTATE SERVICES PA LLC<br>99 WASHINGTON AVE<br>ALBANY, NY 12260 | CENTRAL INK CORPORATION<br>P.O. BOX 2165<br>BEDFORD PARK, IL 60499-2165 |
| COMMONWEALTH OF PA<br>DEPT OF COMMUNITY AND ECONOMIC DEVELOPMENT<br>P.O. BOX 884<br>HARRISBURG, PA 17108 | COMMONWEALTH OF PA<br>GREATER BERKS DEVELOPMENT FUND<br>P.O. BOX 884<br>HARRISBURG, PA 17108 | CORE BTS INC<br>4419 SOLUTIONS CENTER<br>P.O. BOX 774419<br>CHICAGO, IL 60677 |
| DEPARTMENT OF LABOR AND INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>ATTN: AMY WEIKEL<br>651 BOAS ST, ROOM 925<br>HARRISBURG, PA 17121 | FEDERAL COMMUNICATIONS COMMISSION<br>445 12TH ST, SW<br>WASHINGTON, DC 20554 | FLEISCHER, FLEISCHER & SUGLIA, P.C<br>ATTN: NICOLA G. SUGLIA<br>FOUR GREENTREE CENTRE<br>601 ROUTE 73 N, STE 305<br>MARLTON, NJ 08053 |
| FULTON BANK<br>P.O. BOX 4887<br>LANCASTER, PA 17604 | GCIU-EMPLOYER RETIREMENT FUND<br>ATTN: GARTH FISHER, ADMINISTRATOR<br>2323 EASTLAKE AVE E<br>SEATTLE, WA 98102 | INGERSOLL-RAND COMPANY<br>INDUSTRIAL TECHNOLOGIES<br>15768 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| INNOVATIVE TECHNOLOGIES IN PRINT<br>200 SOUTH CHESTNUT ST<br>ELIZABETHTOWN, PA 17022 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INVESTORS TRUST COMPANY<br>ATTN: RAYMOND T KASE JR<br>1340 BROADCASTING RD, STE 100<br>WYOMISSING, PA 19610 |
| KRAW LAW GROUP, APC<br>ATTN: VALENTINA S. MINDIRGASOVA<br>1017 E. GRAND AVE<br>ESCONDIDO, CA 92025 | LAMAR COMPANIES<br>P.O. BOX 96030<br>BATON ROUGE, LA 70896 | LINDENMEYR MUNROE<br>3300 HORIZON DR<br>KING OF PRUSSIA, PA 19406 |
| NEWSCYCLE SOLUTIONS INC<br>P.O. BOX 851306<br>MINNEAPOLIS, MN 55485-1306 | OFFICE OF THE ATTORNEY GENERAL<br>FOR THE COMMONWEALTH OF PENNSYLVANIA<br>ATTN: JOSHUA D. SHAPIRO<br>16TH FL, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 | OFFICE OF THE UNITED STATES ATTORNEY<br>EASTERN DISTRICT OF PENNSYLVANIA<br>615 CHESTNUT ST, STE 1250<br>PHILADELPHIA, PA 19106 |
| PAGE COOPERATIVE<br>P.O. BOX 842228<br>BOSTON, MA 02284-2228 | PANDOLOGIC INC<br>3 E 54TH ST, 19TH FL<br>NEW YORK, NY 10022 | READING PARKING AUTHORITY<br>613 FRANKLIN ST<br>READING, PA 19602 |
| RESOLUTE FP US INC<br>5300 CURETON FERRY RD<br>CATAWBA, SC 29704 | SECURITY GUARDS INC<br>600 PARK RD NORTH<br>P.O. BOX 6283<br>WYOMISSING, PA 19610 | SUPREME COURT OF PA<br>ADMIN OFFICE OF PA COURTS<br>ATTN: MEGAN L. DAVIS/ROBERT KRANDEL<br>1515 MARKET ST, STE 1414<br>PHILADELPHIA, PA 19102 |

| | | |
|---|---|---|
| TELEREACH INC<br>90 WHITING ST<br>PLAINVILLE, CT 06062 | THE COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG, PA 17128-0946 | WHITE BIRCH PAPER CO<br>STADACONA S.E.C.<br>10 BLVD DES CAPUCINS<br>QUEBEC, QC G1J 5L7<br>CANADA |

Parties Served: 36