UNITED STATES BANKRUPTCY COURT
Eastern _____ DISTRICT OF Pennsylvania _____
_____ DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| | } | 19-11728-REF (Jointly Administered) |
| RE Liquidation Corp., et al, | } | |
| | } | JUDGE FitzSimon |
| | } | |
| DEBTOR. | } | CHAPTER 11 |


DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)


FOR THE PERIOD
FROM 10/1/2019 ____ TO 10/31/2019 ____

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.


/s/ Robert Lapowsky
Attorney for Debtor's Signature


Debtor's Address
and Phone Number:

345 Penn Street

Reading, PA 19601

(610) 371-5000


Attorney's Address
and Phone Number:

620 Freedom Business Center, Suite 200

King of Prussia, PA 19406

(215) 751 - 2866


Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)   Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)   Initial Filing Requirements
3)   Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

MOR-1

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING 10/01/2019        AND ENDING 10/31/2019**

Name of Debtor:  RE Liquidation Corp.                     Case Number  19-11728
Date of Petition:  March 20, 2019

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 3,008,990.93 (a) | 380,325.56 (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | - | 275,193.13 |
| Minus: Cash Refunds | | (3,833.59) |
| Net Cash Sales | - | 271,359.54 |
| B. Accounts Receivable | - | 6,212,894.67 |
| C. Other Receipts (See MOR-3) | 25,059.43 | 5,702,154.61 |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS (Lines 2A+2B+2C)** | 25,059.43 | 12,186,408.82 |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3)** | 3,034,050.36 | 12,566,734.38 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | | |
| B. Bank Charges | 350.90 | 17,092.20 |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | | 12,819.05 |
| F. Inventory Payments (See Attach. 2) | | |
| G. Leases | - | 11,519.18 |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | 14,968.98 |
| J. Payroll - Net (See Attachment 4B) | - | 4,905,655.76 |
| K. Professional Fees (Accounting & Legal) | 425,865.00 | 431,769.20 |
| L. Rent | | |
| M. Repairs & Maintenance | - | 165,038.34 |
| N. Secured Creditor Payments (See Attach. 2) | | |
| O. Taxes Paid - Payroll (See Attachment 4C) | | 18,194.04 |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | 11,745.33 |
| Q. Taxes Paid - Other (See Attachment 4C) | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | 68,200.00 |
| U. Utilities | | 153,562.14 |
| V. Vehicle Expenses | | 2,259.37 |
| W. Other Operating Expenses (See MOR-3) | - | 4,146,076.33 |
| **6. TOTAL DISBURSEMENTS (Sum of 5A thru W)** | 426,215.90 | 9,958,899.92 |
| **7. ENDING BALANCE (Line 4 Minus Line 6)** | 2,607,834.46 (c) | 2,607,834.46 (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This  11    day of  December , 20 19  .

_____
(Signature)

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| DIP Financing- BW Media, LLC | - | 1,500,000.00 |
| Asset Sale Proceeds- Reading Eagle | - | 2,429,483.95 |
| Asset Sale Proceeds- WEEU (Deposit) | - | 22,125.00 |
| Cash Received on behalf of MNG | 1,285.00 | 1,655,605.21 |
| Sale of newsprint inventory | - | 4,791.02 |
| Asset Sale Proceeds- WEEU (Final) | - | 66,375.00 |
| Miscellaneous Receipts | 23,774.43 | 23,774.43 |
| TOTAL OTHER RECEIPTS | 25,059.43 | 5,702,154.61 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Circulation Expenses | - | 764,190.10 |
| Editorial Expenses | - | 146,903.02 |
| Production Expenses | - | 920,713.92 |
| Selling Expenses | - | 51,403.02 |
| Radio Broadcasting Expenses | - | 24,632.85 |
| Payments to MNG (Post 6/30 A/R) | - | 1,375,112.61 |
| IT Expenses | - | 37,552.19 |
| Employee Benefits | - | 825,568.62 |
| TOTAL OTHER DISBURSEMENTS | - | 4,146,076.33 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**Reading Eagle Company - Consolidated**
**Balance Sheet**
**October 2019**

READING F

## ASSETS

| | October 31, 2019 | September 30, 2019 |
|---|---|---|
| **Current Assets** | | |
| Cash and Short-Term Investments | | |
| Bank of America - DIP Operating Account | $86,366 | $61,657 |
| Bank of America - Professional Fee Reserve (Chapter 11 Case) | (32,880) | 428,850 |
| Bank of America - Purchase Price Deposits (Asset Sale) | 2,517,984 | 2,517,984 |
| Fulton Bank - Pretzel City Checking | 500 | 500 |
| Total Cash and Short-Term Investments | 2,571,969 | 3,008,991 |
| | | |
| Accounts Receivable | | |
| Circulation | 0 | 0 |
| Advertising | 0 | 0 |
| Commercial Printing | (0) | (0) |
| Radio | 105,345 | 105,345 |
| Allowance for Doubtful Accounts | 0 | 0 |
| Other | 2,888,427 | 2,912,201 |
| Total Accounts Receivable | 2,993,772 | 3,017,546 |
| | | |
| Inventories | | |
| Newsprint | (0) | (0) |
| Other | 0 | 0 |
| Prepaid Expenses | 67,658 | 67,658 |
| Total Current Assets | 5,633,399 | 6,094,195 |
| | | |
| Property and Equipment | | |
| Land | 0 | 0 |
| Buildings | 0 | 0 |
| Machinery, Equipment and Furniture | (0) | (0) |
| Automobiles, Trucks and Other | 0 | 0 |
| Total | (0) | (0) |
| Less - Accumulated Depreciation & Amortization | (0) | (0) |
| Net Property and Equipment | (0) | (0) |
| | | |
| Other Assets | | |
| Investment in Non-Marketable Securities | 15,850 | 15,850 |
| Other | | |
| Total Other Assets | 15,850 | 15,850 |
| **TOTAL ASSETS** | **$5,649,249** | **$6,110,045** |

1

**Reading Eagle Company - Consolidated**
**Balance Sheet**
**October 2019**

| | October 31, 2019 | September 30, 2019 |
|---|---|---|
| **LIABILITIES AND EQUITY** | | |
| Liabilities | | |
| Current Liabilities | | |
| Accounts Payable Trade................ | $2,958,045 | $2,958,900 |
| Accounts Payable Other................ | 3,636,510 | 3,636,510 |
| Accrued Salaries, Wages, and Withholdings.... | 0 | 0 |
| Accrued Medical...................... | (385) | (385) |
| Accrued Pension and 401k ............ | 0 | 0 |
| Current Portion of Long Term Debt | 0 | 0 |
| Carrier Deposits...................... | 0 | 0 |
| Deferred Revenue.................... | 0 | 0 |
| Due To Black Walnut Holdings, LLC. ...... | 11,547,175 | 11,547,175 |
| Other Current Liabilities............... | 150,792 | 149,507 |
| Total Current Liabilities............... | 18,292,137 | 18,291,707 |
| Long-Term Liabilities | | |
| Loans Payable ....................... | 17,501,964 | 17,501,964 |
| Capitalized Leases .................. | 0 | 0 |
| Fair Value of Interest Rate Swaps ........ | 0 | 0 |
| Defined Benefit Pension Liability ........ | 1,753,105 | 1,753,105 |
| LT Portion of Pension Withdrawal Liability .. | 0 | 0 |
| Other LT Liability .................... | 0 | 0 |
| Total Long-Term Liabilities............. | 19,255,069 | 19,255,069 |
| Total Liabilities...................... | 37,547,206 | 37,546,776 |
| Shareholders' Equity | | |
| Common Stock (Par Value $10) | | |
| Issued - 165,000 Shares............... | 1,650,000 | 1,650,000 |
| Less - Treasury Stock - 62,320 Shares..... | (1,170,730) | (1,170,730) |
| Outstanding - 102,680 Shares........... | 479,270 | 479,270 |
| Retained Earnings.................... | (19,775,410) | (19,775,410) |
| Net Income (Loss) - YTD.............. | (9,986,184) | (9,524,958) |
| Accumulated Other Comprehensive Loss .... | (2,615,634) | (2,615,634) |
| Total Shareholders' Equity............. | (31,897,957) | (31,436,731) |
| **TOTAL LIABILITIES AND EQUITY......** | **$5,649,249** | **$6,110,045** |
| | | |
| **BOOK VALUE PER SHARE...........** | **($310.65)** | **($306.16)** |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |

2

**Reading Eagle Company - Consolidated**
**Statement of Income and Expenses**

**READING EAGLE COMPANY**

|  | Year-To-Date | | | |
|---|---|---|---|---|
|  | October 2019 Actual | % of Revenue | October 2018 Actual | % of Revenue |
| **OPERATING REVENUE** | | | | |
| Advertising *(News Division)* | $ 5,455,741 | 43.3% | $ 10,396,386 | 44.7% |
| Circulation *(News Division)* | 4,541,718 | 36.0% | 7,871,460 | 33.8% |
| Commercial printing *(Web)* | 1,921,122 | 15.2% | 3,347,480 | 14.4% |
| Commercial printing *(REP)* | 219,257 | 1.7% | 755,766 | 3.2% |
| Radio Broadcasting | 468,446 | 3.7% | 875,959 | 3.8% |
| Promotions and Events | 6,088 | 0.0% | 11,833 | 0.1% |
| **Total Operating Revenue** | 12,612,371 | 100.0% | 23,258,883 | 100.0% |
| | | | | |
| **COST OF GOODS SOLD** | | | | |
| News Division | 6,299,593 | 63.0% | 13,648,153 | 74.7% |
| Commercial printing *(Web)* | 4,369,830 | 227.5% | 3,664,000 | 109.5% |
| Commercial printing *(REP)* | 423,642 | 193.2% | 1,024,339 | 135.5% |
| Radio Broadcasting | 519,781 | 111.0% | 850,060 | 97.0% |
| Promotions and Events | 25,876 | 425.0% | 24,962 | 211.0% |
| **Total Cost of Goods Sold** | 11,638,722 | 92.3% | 19,211,513 | 82.6% |
| | | | | |
| **GROSS PROFIT** | | | | |
| News Division | 3,697,866 | 37.0% | 4,619,692 | 25.3% |
| Commercial printing *(Web)* | (2,448,708) | -127.5% | (316,520) | -9.5% |
| Commercial printing *(REP)* | (204,385) | -93.2% | (268,573) | -35.5% |
| Radio Broadcasting | (51,335) | -11.0% | 25,899 | 3.0% |
| Promotions and Events | (19,788) | -325.0% | (13,129) | -111.0% |
| **Total Gross Profit** | 973,649 | 7.7% | 4,047,369 | 17.4% |
| | | | | |
| **SELLING, GENERAL, & ADMIN** | | | | |
| Accounting | 295,875 | 2.3% | 469,942 | 2.0% |
| Administrative | 2,730,769 | 21.7% | 2,196,708 | 9.4% |
| Building Services | 712,223 | 5.6% | 1,220,756 | 5.2% |
| Legacy Costs | 34,921 | 0.3% | 151,104 | 0.6% |
| Technology | 1,162,632 | 9.2% | 2,006,396 | 8.6% |
| Marketing | 185,953 | 1.5% | 447,461 | 1.9% |
| Selling Expenses | 1,321,959 | 10.5% | 2,309,780 | 9.9% |
| **Total SG&A** | 6,444,332 | 51.1% | 8,802,147 | 37.8% |
| | | | | |
| **OPERATING INCOME** | (5,470,683) | -43.4% | (4,754,778) | -20.4% |
| | | | | |
| Donations | (1,000) | 0.0% | (0) | 0.0% |
| Website Design & Hosting | 23,786 | 0.2% | 54,937 | 0.2% |
| Miscellaneous Income | 44,598 | 0.4% | 1,073 | 0.0% |
| Net Proceeds-Asset Sale (MNG) | (3,820,815) | -30.3% | - | 0.0% |
| Gain/(Loss) on Sale of Assets | 6,000 | 0.0% | 9,341 | 0.0% |
| Amortization and interest expense | (649,415) | -5.1% | (1,092,820) | -4.7% |
| Taxes | (1,038) | 0.0% | (990) | 0.0% |
| **OTHER INCOME (EXPENSE)** | (4,397,884) | -34.9% | (1,028,459) | -4.4% |
| | | | | |
| **NET INCOME  (LOSS)** | $ (9,868,567) | -78.2% | $ (5,783,237) | -24.9% |
| | | | | |
| **ADD (DEDUCT) -** | | | | |
| Depreciation | 637,524 | 5.1% | 1,085,879 | 4.7% |
| Interest expense | 649,415 | 5.1% | 1,092,820 | 4.7% |
| | | | | |
| **EBITDA** | $ (8,581,628) | -68.0% | $ (3,604,538) | -15.5% |

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: RE Liquidation Corp., et al,      Case Number: 19-11728-REF (Jointly Administered)

Reporting Period beginning 10/1/2019      Period ending 10/31/2019

ACCOUNTS RECEIVABLE AT PETITION DATE: $1,813,448.61

## ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ | $0.00 (a) |
| PLUS: Current Month New Billings | | 0.00 |
| MINUS: Collection During the Month | $ | 0.00 (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | 0.00 * |
| End of Month Balance | $ | 0.00 (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
Receivables were sold on 6/30/2019 in accordance with the Asset Purchase Agreement

## POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $      0 | $      0 | $      0 | $      0 | $      0 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor:  RE Liquidation Corp., et al,          Case Number:  19-11728-REF (Jointly Administered)

Reporting Period beginning  10/1/2019          Period ending  10/31/2019

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | see attachment | 1,009,410.31 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT                                                                  1,009,410.31 (b)

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

---

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $ | 1,045,275.31 (a) |
| PLUS: New Indebtedness Incurred This Month | $ | 0.00 |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ | 35,865.00 |
| PLUS/MINUS: Adjustments | $ | 0.00 * |
| Ending Month Balance | $ | 1,009,410.31 (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| Black Walnut Media | 10/31/2019 | 0.00 | 9 | $968,236.66 |
| Commonwealth of PA | | 0.00 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                      0.00 (d)

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: __RE Liquidation Corp., et al,__          Case Number: __19-11728-REF (Jointly Administered)__

Reporting Period beginning __10/1/2019__          Period ending __10/31/2019__

**INVENTORY REPORT**

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ | 770,770.71 |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $ | 0.00 (a) |
| PLUS: Inventory Purchased During Month | $ | 0.00 |
| MINUS: Inventory Used or Sold | $ | 0.00 |
| PLUS/MINUS: Adjustments or Write-downs | $ | 0.00 * |
| Inventory on Hand at End of Month | $ | 0.00 |

METHOD OF COSTING INVENTORY: __Standard Costing Method__

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| 0 % | 0 % | 0 % | 0 % = | 100 %* |

* Aging Percentages must equal 100%.
☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: __N/A_____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
__No recent appraisal has been done on the property, plant, and equipment__

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ | 0.00 (a)(b) |
| MINUS:  Depreciation Expense | $ | 0.00 |
| PLUS:  New Purchases | $ | 0.00 |
| PLUS/MINUS: Adjustments or Write-downs | $ | 0.00 * |
| Ending Monthly Balance | $ | 0.00 |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:  RE Liquidation Corp., et al,          Case Number:  19-11728-REF (Jointly Administered)

Reporting Period beginning  10/1/2019          Period ending  10/31/2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  Bank of America          BRANCH:  New York, NY

ACCOUNT NAME:  D.I.P. Operating/Merchant          see attached bank statem

PURPOSE OF ACCOUNT:          OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 2,637,243.02 |
| Plus Total Amount of Outstanding Deposits | $ | 8,975.61 |
| Minus Total Amount of Outstanding Checks and other debits | $ | 38,384.17 * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 2,607,834.46 **(a) |

**\*Debit cards are used by**_____

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**  (  ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

12/10/2019  1:38:22PM                          **Reading Eagle Company**                          Page 3

**Bank Reconciliation Posting Journal (BK1470)**


**-- Bank Reconciliation Summary --**

| | |
|---|---|
| **Bank** | BOA001 Bank of America Checking - REC |
| **Reconciliation Date** | 10/31/2019 |
| **Reconciliation Year-Period** | 2019-10 |
| **Statement Date** | 10/31/2019 |
| **Statement Currency** | USD U.S. Dollars |
| **Reconciliation Description** | |

| | | | |
|---|---|---|---|
| **Statement Balance** | 115,675.06 | **Book Balance** | 86,365.51 |
| **+ Deposits Outstanding** | 8,975.61 | **+/- Bank Entries Not Posted** | 0.00 |
| **- Withdrawals Outstanding** | 38,281.16 | **+/- Write-Offs** | 0.00 |
| **+ Deposit Bank Errors** | -4.00 | **- Credit Card Charges** | 0.00 |
| **- Withdrawal Bank Errors** | 0.00 | | |
| **Adjusted Statement Balance** | 86,365.51 | **Adjusted Book Balance** | 86,365.51 |
| | | **Out of Balance by** | 0.00 |



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📶 Customer service: 1.888.400.9009

🖨 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622–5118

READING EAGLE COMPANY
DEBTOR IN POSSESSION CASE 19–11728
345 PENN ST
PO BOX 582
READING, PA  19603–0582

# Your Full Analysis Business Checking

for October 1, 2019 to October 31, 2019          Account number: 4830 4362 9955

**READING EAGLE COMPANY     DEBTOR IN POSSESSION CASE 19-11728**

## Account summary

| | | |
|---|---|---|
| Beginning balance on October 1, 2019 | $100,041.15 | # of deposits/credits: 3 |
| Deposits and other credits | 411,216.62 | # of withdrawals/debits: 6 |
| Withdrawals and other debits | –5,132.80 | # of days in cycle: 31 |
| Checks | –390,099.01 | Average ledger balance: $181,453.77 |
| Service fees | –350.90 | |
| **Ending balance on October 31, 2019** | **$115,675.06** | |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us – You may call us at the telephone number listed on the front of this statement.

Updating your contact information – We encourage you to keep your contact information up–to–date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point–of–sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



**Bank of America**
**Merrill Lynch**

<span style="color:crimson">**Your checking account**</span>

READING EAGLE COMPANY  |  Account # 4830 4362 9955  |  October 1, 2019 to October 31, 2019

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/11/19 | Mitsubishi CAM I DES:EDI PYMNTS ID:000020511600001  INDN:READING EAGLE CO CO ID:1231274112 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | | 902383019749504 | 1,285.00 |
| 10/15/19 | ACCOUNT TRANSFER TRSF FROM 483065989288 | 1945044186 | 906810150014182 | 390,000.00 |
| 10/22/19 | Counter Credit | | 813002652325210 | 19,931.62 |
| **Total deposits and other credits** | | | | **$411,216.62** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/24/19 | RETURN ITEM CHARGEBACK | | 919710244325224 | –332.80 |
| 10/25/19 | RETURN ITEM CHARGEBACK | | 941110253022298 | –4,800.00 |
| **Total withdrawals and other debits** | | | | **-$5,132.80** |

## Checks

| Date | Check # | Bank reference | Amount | | Date | Check # | Bank reference | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/31 | | 813004192011582 | –72.85 | | 10/21 | 120990* | 813004892031541 | –390,000.00 |
| 10/24 | 120125 | 813008792010810 | –26.16 | | | | | |
| | | | | | **Total checks** | | | **-$390,099.01** |
| | | | | | **Total # of checks** | | | **3** |

\* *There is a gap in sequential check numbers*

READING EAGLE COMPANY   |   Account # 4830 4362 9998   |   October 1, 2019 to October 31, 2019

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 10/15/19 | 09/19 ACCT ANALYSIS FEE | –350.90 |
| **Total service fees** | | **-$350.90** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 10/01 | 100,041.15 | 10/21 | 100,975.25 | 10/25 | 115,747.91 |
| 10/11 | 101,326.15 | 10/22 | 120,906.87 | 10/31 | 115,675.06 |
| 10/15 | 490,975.25 | 10/24 | 120,547.91 | | |



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📶 Customer service: 1.888.400.9009

READING EAGLE COMPANY
PO BOX 582
READING, PA  19603–0582

🔖 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622–5118

# Your Full Analysis Business Checking

for October 1, 2019 to October 31, 2019                          Account number: 4830 6598 9288

**READING EAGLE COMPANY**

## Account summary

| | | |
|---|---|---|
| Beginning balance on October 1, 2019 | $428,850.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 2 |
| Withdrawals and other debits | –425,865.00 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $195,311.12 |
| Service fees | -0.00 | |
| **Ending balance on October 31, 2019** | **$2,985.00** | |

READING EAGLE COMPANY   |   Account # 4830 6598 9266   |   November 1, 2019 to November 30, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us – You may call us at the telephone number listed on the front of this statement.

Updating your contact information – We encourage you to keep your contact information up–to–date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point–of–sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



**Your checking account**

READING EAGLE COMPANY   |   Account # 4830 6598 9288   |   October 1, 2019 to October 31, 2019

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|-----------------|--------|
| 10/15/19 | WIRE TYPE:WIRE OUT DATE:191015 TIME:1139 ET TRN:2019101500643910 SERVICE REF:014036 BNF:WILKINSON BARKER KNAUER LL ID:9250602413 BNF BK:CITIBANK, N.A. ID:254070116 PMT DET:3WEE.00 1 Invoice: 1024243 Invoice: 1024379 Invoice: 10261 | | 903710150643910 | –35,865.00 |
| 10/15/19 | ACCOUNT TRANSFER TRSF TO 483043629955 | 1945044186 | 906810150014621 | –390,000.00 |
| **Total withdrawals and other debits** | | | | **-$425,865.00** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 10/01 | 428,850.00 | 10/15 | 2,985.00 |

READING EAGLE COMPANY   |   Account # 4830 6598 9 Disclosure Statement, 2 Page October 1, 2019

This page intentionally left blank

```
|ıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıılıı|
AG      0  487 068 258 007178 #@01 AB 0.412
```

READING EAGLE COMPANY
PURCHASE PRICE DEPOSITS
PO BOX 582
READING, PA  19603-0582

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Full Analysis Business Checking

for October 1, 2019 to October 31, 2019

Account number: 4830 6599 1904

**READING EAGLE COMPANY     PURCHASE PRICE DEPOSITS**

## Account summary

| | |
|---|---|
| Beginning balance on October 1, 2019 | $2,517,983.95 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on October 31, 2019** | **$2,517,983.95** |

# of deposits/credits: 0

# of withdrawals/debits: 0

# of days in cycle: 31

Average ledger balance: $2,517,983.95

PULL: E   CYCLE: 62   SPEC: 0   DELIVERY: P   TYPE:    IMAGE: A   BC: NY

Page 1 of 4

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: RE Liquidation Corp., et al,          Case Number: 19-11728-REF (Jointly Administered)

Reporting Period beginning 10/1/2019          Period ending 10/31/2019

NAME OF BANK: Bank of America          BRANCH: New York, NY

ACCOUNT NAME: D.I.P. - Operating

ACCOUNT NUMBER: 483043629955

PURPOSE OF ACCOUNT:          OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT see attached |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                    $  426,215.90

12/10/2019  1:48:42PM

**Check/Payment Register Report (BK3030)**

**Reading Eagle Company**

| **From Bank Code** | [ ] To [ZZZZZZZ] |
| **From Payment Date** | [10/1/2019] To [10/31/2019] |
| **From Application** | [ ] To [ZZ] |
| **Print** | [Details and Summary] |
| **Sort by** | [Payment Number] |
| **Print Missing Check Numbers** | [Yes] |
| **Select Payment Type** | [All, Check, EFT, Cash, Credit Card, Transfer, Service Charge, Other] |
| **Include Reconciliation Status** | [All, Cleared, Reversed, Outstanding, Alignment, Non-Negotiable, Continuation, Not Posted, Printed, Void, Cleared with Write-Off, Cleared with Bank Error] |

| Payment Number | Payment/ Reversal Date | Srce. Appl. | Rec. Status | Rec. Posted | Vendor/Payee Code | Payee Name | Bank Payment Amount |
|---|---|---|---|---|---|---|---|
| **Bank:** BOA001 - Bank of America Checking - REC | | | | | | | |
| **Payment Type:** Check | | | | | | | |
| 120990 | 10/15/2019 | AP | CL | Yes | 130690 | Stevens & Lee | 390,000.00 |
| | | | | | | **Total for Payment Type:** | 390,000.00 |
| **Payment Type:** Cash | | | | | | | |
| TR00000000000022740 | 10/15/2019 | BK | CL | Yes | | Bank Fees | 350,90 |
| | | | | | | **Total for Payment Type:** | 350,90 |
| | | | | | | **Total for Bank:** | 390,350,90 |

Page 2

12/10/2019  1:48:42PM

**Reading Eagle Company**

**Check/Payment Register Report (BK3030)**

---------------------------------- **Payment Summary By Bank** ----------------------------------

| Rec.<br>Status | Number<br>of Payments | Bank Payment<br>Amount |
|---|---|---|
| **Payment Type:**  Check | | |
| CL | 1 | 390,000.00 |
| **Total:** | 1 | 390,000.00 |
| **Payment Type:**  Cash | | |
| CL | 1 | 350.90 |
| **Total:** | 1 | 350.90 |
| **Total for Bank:** | 2 | 390,350.90 |

12/10/2019  1:48:42PM

Reading Eagle Company

Page 3

**Check/Payment Register Report (BK3030)**

| Payment Number | Payment/ Reversal Date | Srce. Appl. | Rec. Status | Rec. Posted | Vendor/Payee Code | Payee Name | Bank Payment Amount |
|---|---|---|---|---|---|---|---|
| **Bank:** BOA003 - Bank of America - Professional Fee Reserve Acct | | | | | | | |
| **Payment Type:** Transfer | | | | | | | |
| TF0000000000000000006 | 10/15/2019 | BK | CL | Yes | BOA001 | Transfer for S&L Payment | 390,000.00 |
| | | | | | | | 390,000.00 |
| | | | | | | **Total for Payment Type:** | |
| **Payment Type:** Other | | | | | | | |
| TR0000000000000022743 | 10/15/2019 | BK | CL | Yes | | Wilkinson Barker Knauer - Wire Per S&L | 35,865.00 |
| | | | | | | | 35,865.00 |
| | | | | | | **Total for Payment Type:** | |
| | | | | | | **Total for Bank:** | 425,865.00 |

Page 4

12/10/2019  1:48:42PM

**Reading Eagle Company**

**Check/Payment Register Report (BK3030)**

-------------------------------- **Payment Summary By Bank** --------------------------------

| Rec.<br>Status | Number<br>of Payments | Bank Payment<br>Amount |
|---|---|---|
| **Payment Type:** Transfer | | |
| CL | 1 | 390,000.00 |
| **Total:** | 1 | 390,000.00 |
| **Payment Type:** Other | | |
| CL | 1 | 35,865.00 |
| **Total:** | 1 | 35,865.00 |
| **Total for Bank:** | 2 | 425,865.00 |

**Reconciliation Status Legend:**

| | | | |
|---|---|---|---|
| NP: *Not Posted* | PR: *Printed* | NN: *Non-negotiable* | CW: *Cleared with Write-Off* |
| CO: *Continuation* | RV: *Reversed* | CL: *Cleared* | CB: *Cleared with Bank Error* |
| VD: *Void* | OS: *Outstanding* | AL: *Alignment* | |

N/A

## ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: RE Liquidation Corp., et al,        Case Number: 19-11728-JKF

Reporting Period beginning 10/1/2019        Period ending 10/31/2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: _____PAYROLL_____

|  |  |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: ___RE Liquidation Corp., et al,___    Case Number: ___19-11728-JKF___

Reporting Period beginning ___10/1/2019___    Period ending ___10/31/2019___

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                              $_____

**N/A**

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor: <u>RE Liquidation Corp., et al,</u>           Case Number: <u>19-11728-JKF</u>

Reporting Period beginning <u>10/1/2019</u>           Period ending <u>10/31/2019</u>

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____           BRANCH: _____

ACCOUNT NAME: _____           ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:     <u>TAX</u>_____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Oustanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

N/A

## **ATTACHMENT 5C**

## **CHECK REGISTER - TAX ACCOUNT**

Name of Debtor: __RE Liquidation Corp., et al,__    Case Number: __19-11728-JKF__

Reporting Period beginning __10/1/2019__    Period ending __10/31/2019__

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                    _____(d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid                    _____(a)
Sales & Use Taxes Paid                _____(b)
Other Taxes Paid                      _____(c)
TOTAL                                 _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                    _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| see schedule | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                           **$**_____ 0 (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____

_____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)     $**_____ 0 **(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: RE Liquidation Corp., et al, _____ Case Number: 19-11728-REF (Jointly Administered) _____

Reporting Period beginning 10/1/2019 _____ Period ending 10/31/2019 _____

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

TOTAL                              $ _____

## ATTACHMENT 7

## SUMMARY OF OFFICER OR OWNER COMPENSATION

## SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: RE Liquidation Corp., et al,          Case Number: 19-11728-REF (Jointly Administered)

Reporting Period beginning 10/1/2019          Period ending 10/31/2019

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### PERSONNEL REPORT

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| see attached | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.