**UNITED STATES BANKRUPTCY COURT**
**_Eastern__ DISTRICT OF _Pennsylvania**

In re _RE Liquidation Corp__

Case No. _19-11728_____

Reporting Period:_03/01/20-03/31/20_____

**MONTHLY OPERATING REPORT**
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | See Attached | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | See Attached | | |
| Schedule of Professional Fees Paid | MOR-1b | See Attached | | |
| Copies of bank statements | | | See Attached | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | See Attached | | |
| Balance Sheet | MOR-3 | See Attached | | |
| Status of Postpetition Taxes | MOR-4 | See Attached | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | See Attached | | |
| Listing of aged accounts payable | MOR-4 | See Attached | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | N/A | | |
| Debtor Questionnaire | MOR-5 | See attached | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

5. 18. 2020
_____
Date

Peter Barbey
_____
Printed Name of Authorized Individual

President
_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re: __RE Liquidation Corp.__
_____
Debtor

Case No. __19-11728__

Reporting Period: __03/01/20-03/31/20__

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.   The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | CUMULATIVE FILING TO DATE | |
| CASH BEGINNING OF MONTH | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH  SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE  OF  ASSETS | | | | | | | | |
| OTHER  (ATTACH LIST) | | | | | | | | |
| TRANSFERS  (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| TOTAL  RECEIPTS | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER  (ATTACH  LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $ |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $ |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ |

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| DIP Financing - BW Media, LLC | - | 1,500,000.00 |
| Asset Sale Proceeds - Reading Eagle | 4,334.35 | 2,997,241.46 |
| Asset Sale Proceeds - WEEU (Deposit) | - | 22,125.00 |
| Cash Received on behalf of MNG | - | 1,375,112.61 |
| Sale of newsprint inventory | - | 4,791.02 |
| Asset Sale Proceeds - WEEU (Final) | - | 66,375.00 |
| Miscellaneous Receipts | 5,922.14 | 29,798.66 |
| TOTAL OTHER RECEIPTS | 10,256.49 | 5,995,443.75 |

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Circulation Expenses | - | 764,190.10 |
| Editorial Expenses | - | 146,903.02 |
| Production Expenses | - | 920,713.92 |
| Selling Expenses | - | 51,403.02 |
| Radio Broadcasting Expenses | - | 24,632.85 |
| Bank Charges | 770.56 | 20,395.10 |
| Office Supplies | - | 14,968.98 |
| Utilities | - | 153,562.14 |
| Vehicles | - | 2,259.37 |
| Repairs and Maintenance | - | 165,038.34 |
| Payments to MNG (Post 6/30 A/R) | - | 1,375,112.61 |
| IT Expenses | - | 37,552.19 |
| Repayment of DIP Loan and interest | - | 1,512,345.93 |
| Other payments Made Per Court Motion | - | 699,241.74 |
| Employee Benefits | - | 825,568.62 |
| TOTAL OTHER DISBURSEMENTS | 770.56 | 6,713,887.93 |

In re RE Liquidation Corp.
_____
Debtor

Case No. 19-11728
Reporting Period: 03/01/20-03/31/20

**BANK RECONCILIATIONS**          See Attached

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

5/18/2020  8:32:16AM **Reading Eagle Company** Page 1

**Bank Reconciliation Posting Journal (BK1470)**

| | | |
|---|---|---|
| **From Posting Sequence** | [23211] To [23211] | |
| **Reprint Previously Printed Journals** | [Yes] | |
| **Print Deposit Details** | [Yes] | |
| **Print G/L Summary** | [Yes] | |

| Transaction Number | Srce. Appl. | Date | Reconciliation Status | Outstanding Amount | Cleared Amount | Difference |
|---|---|---|---|---|---|---|
| **Posting Sequence:** 23,211 | | | | | | |
| **Bank:** BOA001 - Bank of America Checking - REC | | | | | | |
| **Deposits:** | | | | | | |
| TR00000000000000022766 | BK | 3/16/2020 | Cleared | | | |
| Deposit: TR00000000000000022766 | BK | 3/16/2020 | Cleared | 332.50 | 332.50 | 0.00 |
| TR00000000000000022768 | BK | 3/9/2020 | Cleared | | | |
| Deposit: TR00000000000000022768 | BK | 3/9/2020 | Cleared | 3,325.00 | 3,325.00 | 0.00 |
| TR00000000000000022769 | BK | 3/5/2020 | Cleared | | | |
| Deposit: TR00000000000000022769 | BK | 3/5/2020 | Cleared | 4,334.35 | 4,334.35 | 0.00 |
| | | | **Deposits Total:** | 7,991.85 | 7,991.85 | 0.00 |
| **Withdrawals:** | | | | | | |
| TR00000000000000022767 | BK | 3/16/2020 | Cleared | 770.56 | 770.56 | 0.00 |
| 120998 | AP | 3/4/2020 | Cleared | 30,016.15 | 30,016.15 | 0.00 |
| 120999 | AP | 3/4/2020 | Cleared | 10,559.06 | 10,559.06 | 0.00 |
| | | | **Withdrawals Total:** | 41,345.77 | 41,345.77 | 0.00 |
| | | | **Bank Total:** | -33,353.92 | -33,353.92 | |

5/18/2020   8:32:16AM                          **Reading Eagle Company**                          Page 2

**Bank Reconciliation Posting Journal (BK1470)**

**-- Bank Reconciliation Summary --**

| | |
|---|---|
| **Bank** | BOA001 Bank of America Checking - REC |
| **Reconciliation Date** | 3/31/2020 |
| **Reconciliation Year-Period** | 2020-03 |
| **Statement Date** | 3/31/2020 |
| **Statement Currency** | USD U.S. Dollars |
| **Reconciliation Description** | |

| | | | |
|---|---|---|---|
| **Statement Balance** | 723,592.22 | **Book Balance** | 687,356.58 |
| **+ Deposits Outstanding** | 0.00 | **+/- Bank Entries Not Posted** | 0.00 |
| **- Withdrawals Outstanding** | 36,235.64 | **+/- Write-Offs** | 0.00 |
| **+ Deposit Bank Errors** | 0.00 | **- Credit Card Charges** | 0.00 |
| **- Withdrawal Bank Errors** | 0.00 | | |
| **Adjusted Statement Balance** | 687,356.58 | **Adjusted Book Balance** | 687,356.58 |
| | | **Out of Balance by** | 0.00 |



P.O. Box 15284
Wilmington, DE 19850

READING EAGLE COMPANY
DEBTOR IN POSSESSION CASE 19-11728
345 PENN ST
PO BOX 574
FLEETWOOD, PA  19522-0574

**Customer service information**

📱  Customer service: 1.888.400.9009

✉️  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Full Analysis Business Checking

for March 1, 2020 to March 31, 2020                                        Account number: 4830 4362 9955

**READING EAGLE COMPANY     DEBTOR IN POSSESSION CASE 19-11728**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on March 1, 2020 | $756,946.14 | # of deposits/credits: 3 |
| Deposits and other credits | 7,991.85 | # of withdrawals/debits: 3 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 |
| Checks | -40,575.21 | Average ledger balance: $735,475.62 |
| Service fees | -770.56 | |
| **Ending balance on March 31, 2020** | **$723,592.22** | |

READING EAGLE COMPANY  |  Account # 4830 4362 9547  |  April 1, 2020 to April 30, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender

**BANK OF AMERICA**

<span style="color:red">**Your checking account**</span>

READING EAGLE COMPANY   |   Account # 4830 4362 9955   |   March 1, 2020 to March 31, 2020

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 03/05/20 | WIRE TYPE:WIRE IN DATE: 200305 TIME:1246 ET TRN:2020030500511272 SEQ:2020030500096225/010480 ORIG:MEDIANEWS GROUP INC ID:000004129955308 SND BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:3 501 | | 903703050511272 | 4,334.35 |
| 03/09/20 | RepublicSvc PMD  DES:PAYMENT   ID:419120 INDN:READINGEAGLE.COMPANY   CO ID:7010532275 CCD | | 902366016308898 | 3,325.00 |
| 03/16/20 | RepublicSvc PMD  DES:PAYMENT   ID:420022 INDN:READINGEAGLE.COMPANY   CO ID:7010532275 CCD | | 902373009124093 | 332.50 |
| **Total deposits and other credits** | | | | **$7,991.85** |

## Checks

| Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|
| 03/11 | 120998 | 813006092307778 | -30,016.15 |

| Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|
| 03/11 | 120999 | 813006092307777 | -10,559.06 |
| **Total checks** | | | **-$40,575.21** |
| **Total # of checks** | | | **2** |

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 03/16/20 | 02/20 ACCT ANALYSIS FEE | -770.56 |
| **Total service fees** | | **-$770.56** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

READING EAGLE COMPANY   |   Account # 4830 4362 9995   |   March 1, 2020 - March 31, 2020

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 03/01 | 756,946.14 | 03/09 | 764,605.49 | 03/16 | 723,592.22 |
| 03/05 | 761,280.49 | 03/11 | 724,030.28 | | |

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**CLIENT ADVISORY:**

To help you to safeguard against the potential misuse of your account, your deposit account agreement sets forth a number of ways for you to protect against such misuse. In addition, Bank of America continues to recommend your use of certain products and services that are designed to detect and/or deter check fraud, including Positive Pay, Teller Positive Pay, and Payee Positive Pay, which it previously made, and continues to make, available to you. By signing the signature card for your account(s), you acknowledged that your failure to use such products and services could substantially increase the likelihood of fraud on your accounts. You agreed that your failure to implement any of these products or services, or your failure to follow precautions reasonable for your particular circumstances, would preclude you from asserting any claims against Bank of America, for paying any unauthorized, altered, counterfeit or other fraudulent item(s) that such products, service or precaution was designed to detect or deter, and Bank of America will not be required to re-credit your account or otherwise have any liability for paying such item(s). This statement applies to all of your accounts opened with Bank of America, now or in the future. Continued use of your account(s) indicates your continued agreement to be bound by the terms and conditions contained in your deposit account agreement, including this statement. Please consult your deposit account agreement for more information on the risk of loss due to check fraud. Should you wish to implement any of the products and services that the Bank has offered to you that you previously chose not to implement, please reach out to your Relationship Manager.

For more information about Positive Pay, please access the following URL: bofaml.com/positivepay.

READING EAGLE COMPANY   |   Account # 4830 4362 9535   November 1, 2019   Statement 3 of 29

This page intentionally left blank

In re_RE LIquidation Corp_____        Case No. 19-11728_____
Debtor                                                    Reporting Period:03/01/20-03/31/20___

N/A

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

FORM MOR-1b
(04/07)



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

READING EAGLE COMPANY
PO BOX 582
READING, PA  19603-0582

📱  Customer service: 1.888.400.9009

📝  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 | Please see the **Important Messages – Please Read** section of your statement for important details that could impact you.

# Your Full Analysis Business Checking

for March 1, 2020 to March 31, 2020

Account number: 4830 6598 9288

**READING EAGLE COMPANY**

## Account summary

| | | |
|---|---|---|
| Beginning balance on March 1, 2020 | $49,219.64 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $49,219.64 |
| Service fees | -0.00 | |
| **Ending balance on March 31, 2020** | **$49,219.64** | |

READING EAGLE COMPANY  |  Account # 4830 6598 9 | November 1, 2019 to November 30, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender



**Your checking account**

READING EAGLE COMPANY   |   Account # 4830 6598 9288   |   March 1, 2020 to March 31, 2020

## Daily ledger balances

| Date | Balance ($) |
| --- | --- |
| 03/01 | 49,219.64 |

READING EAGLE COMPANY   |   Account # 4830 6598 9256 Next January 1, 2020 – December 31, 2020

This page intentionally left blank

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**CLIENT ADVISORY:**

To help you to safeguard against the potential misuse of your account, your deposit account agreement sets forth a number of ways for you to protect against such misuse. In addition, Bank of America continues to recommend your use of certain products and services that are designed to detect and/or deter check fraud, including Positive Pay, Teller Positive Pay, and Payee Positive Pay, which it previously made, and continues to make, available to you. By signing the signature card for your account(s), you acknowledged that your failure to use such products and services could substantially increase the likelihood of fraud on your accounts. You agreed that your failure to implement any of these products or services, or your failure to follow precautions reasonable for your particular circumstances, would preclude you from asserting any claims against Bank of America, for paying any unauthorized, altered, counterfeit or other fraudulent item(s) that such products, service or precaution was designed to detect or deter, and Bank of America will not be required to re-credit your account or otherwise have any liability for paying such item(s). This statement applies to all of your accounts opened with Bank of America, now or in the future. Continued use of your account(s) indicates your continued agreement to be bound by the terms and conditions contained in your deposit account agreement, including this statement. Please consult your deposit account agreement for more information on the risk of loss due to check fraud. Should you wish to implement any of the products and services that the Bank has offered to you that you previously chose not to implement, please reach out to your Relationship Manager.

For more information about Positive Pay, please access the following URL: bofaml.com/positivepay.

READING EAGLE COMPANY   |   Account # 4830 6598 9736   November 1, 2019 – November 30, 2019

This page intentionally left blank

In re  RE Liquidation Corp.
_____
Debtor

Case No. 19-11728
_____
Reporting Period.:_03/01/20-03/31/20

## STATEMENT OF OPERATIONS
### (Income Statement)

See Attached

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $ | $ |
| Less:  Returns and Allowances | | |
| Net Revenue | $ | $ |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re_____        Case No._____
                          Debtor                                   Reporting Period:_____

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

**Reading Eagle Company - Consolidated**
**Statement of Income and Expenses**
**For the Month Ending March 31, 2020**

**READING EAGLE COMPANY**

|  | Current Month | | | |
|---|---|---|---|---|
|  | March 2020 Actual | % of Revenue | March 2019 Actual | % of Revenue |
| **OPERATING REVENUE** | | | | |
| Advertising *(News Division)* | $ - | -- | $ 974,023 | 43.5% |
| Circulation *(News Division)* | - | -- | 813,138 | 36.3% |
| Commercial printing *(Web)* | - | -- | 333,436 | 14.9% |
| Commercial printing *(REP)* | - | -- | 40,263 | 1.8% |
| Radio Broadcasting | - | -- | 77,321 | 3.5% |
| Promotions and Events | - | -- | - | 0.0% |
| **Total Operating Revenue** | - | -- | 2,238,181 | 100.0% |
| | | | | |
| **COST OF GOODS SOLD** | | | | |
| News Division | - | -- | 2,797,170 | 156.5% |
| Commercial printing *(Web)* | - | -- | (828,554) | -248.5% |
| Commercial printing *(REP)* | - | -- | 73,391 | 182.3% |
| Radio Broadcasting | - | -- | 84,068 | 108.7% |
| Promotions and Events | - | -- | - | -- |
| **Total Cost of Goods Sold** | - | -- | 2,126,075 | 95.0% |
| | | | | |
| **GROSS PROFIT** | | | | |
| News Division | - | -- | (1,010,008) | -56.5% |
| Commercial printing *(Web)* | - | -- | 1,161,989 | 348.5% |
| Commercial printing *(REP)* | - | -- | (33,129) | -82.3% |
| Radio Broadcasting | - | -- | (6,747) | -8.7% |
| Promotions and Events | - | -- | - | -- |
| **Total Gross Profit** | - | -- | 112,106 | 5.0% |
| | | | | |
| **SELLING, GENERAL, & ADMIN** | | | | |
| Accounting | - | -- | 38,970 | 1.7% |
| Administrative | 1,346 | -- | 233,335 | 10.4% |
| Building Services | - | -- | 112,985 | 5.0% |
| Legacy Costs | - | -- | 2,626 | 0.1% |
| Technology | - | -- | 134,332 | 6.0% |
| Marketing | - | -- | 29,087 | 1.3% |
| Selling Expenses | - | -- | 223,217 | 10.0% |
| **Total SG&A** | 1,346 | -- | 774,552 | 34.6% |
| | | | | |
| **OPERATING INCOME** | (1,346) | -- | (662,446) | -29.6% |
| | | | | |
| **OTHER INCOME (EXPENSE)** | 3,658 | -- | (94,353) | -4.2% |
| | | | | |
| **NET INCOME  (LOSS)** | $ 2,312 | -- | $ (756,799) | -33.8% |
| | | | | |
| **ADD (DEDUCT) -** | | | | |
| Depreciation | - | -- | 106,394 | 4.8% |
| Interest expense | - | -- | 108,358 | 4.8% |
| | | | | |
| **EBITDA** | $ 2,312 | -- | $ (542,047) | -24.2% |

In re  RE Liquidation Corp.
_____
Debtor

Case No. 19-11728
Reporting Period: 03/01/20-03/31/20

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Cash Equivalents | SEE ATTACHED | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | $ | $ |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | $ | $ |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | $ | $ |
| **TOTAL ASSETS** | $ | $ |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | $ | $ |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | $ | $ |
| *TOTAL LIABILITIES* | $ | $ |
| *OWNER EQUITY* | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(04/07)

In re
Debtor_____

Case No. _____
Reporting Period:_____

**BALANCE SHEET - continuation sheet**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated
into a separate account, such as an escrow account.

**Reading Eagle Company - Consolidated**
**Balance Sheet**
**March 2020**

READING F

|  | March 31, 2020 | February 29, 2020 |
|---|---|---|
| **ASSETS** | | |
| Current Assets | | |
| Cash and Short-Term Investments | | |
| Bank of America - DIP Operating Account | $687,357 | $720,711 |
| Bank of America - Professional Fee Reserve (Chapter 11 Case) | 89,454 | 49,454 |
| Bank of America - Purchase Price Deposits (Asset Sale) | 0 | 0 |
| Fulton Bank - Pretzel City Checking | 500 | 500 |
| Total Cash and Short-Term Investments…………….……….………….…… | 777,310 | 770,664 |
| | | |
| Accounts Receivable | | |
| Circulation…………………….………………………….…….…………..… | 0 | 0 |
| Advertising…………….……………….…………………...….…………..… | 0 | 0 |
| Commercial Printing……….…………………………….………………..… | 0 | 0 |
| Radio……….…………………………………………………………….…… | 105,345 | 105,345 |
| Allowance for Doubtful Accounts………………………………………..… | 0 | 0 |
| Other………………….…………….…………….…….………………….… | 2,937,403 | 2,937,403 |
| Total Accounts Receivable…………….……….……………………….…… | 3,042,747 | 3,042,747 |
| | | |
| Inventories | | |
| Newsprint……………….…………………….…………….……………….... | 0 | 0 |
| Other…………….……………….…………….……………….…………..… | 0 | 0 |
| Prepaid Expenses……………….…………….…………….………….….... | 506,790 | 506,790 |
| Total Current Assets…………….…………….…………….………………… | 4,326,848 | 4,320,202 |
| | | |
| Property and Equipment | | |
| Land…………….…………….…………….…………….…………………… | 0 | 0 |
| Buildings…………….…………….…………….…………….………….…… | 0 | 0 |
| Machinery, Equipment and Furniture…………….……………………….… | 0 | 0 |
| Automobiles, Trucks and Other…………….…………….………………… | 0 | 0 |
| Total…………….…………….…………….…………….…………….……… | 0 | 0 |
| Less - Accumulated Depreciation & Amortization………………………… | (0) | (0) |
| Net Property and Equipment………..….…………….…………….……… | (0) | (0) |
| | | |
| Other Assets | | |
| Investment in Non-Marketable Securities…………….………………….… | | |
| Other…………….…………….…………….…………….……………….… | 15,850 | 15,850 |
| Total Other Assets…………….…………….…………….………………… | 15,850 | 15,850 |
| | | |
| **TOTAL ASSETS……………….……………….……………...……….……** | **$4,342,698** | **$4,336,052** |

**Reading Eagle Company - Consolidated**
**Balance Sheet**
**March 2020**

|  | March 31, 2020 | February 29, 2020 |
|---|---|---|
| **LIABILITIES AND EQUITY** | | |
| Liabilities | | |
| Current Liabilities | | |
| Accounts Payable Trade……………………………………………………… | $2,958,045 | $2,958,045 |
| Accounts Payable Other…………………………………………………… | 3,636,510 | 3,636,510 |
| Accrued Salaries, Wages, and Withholdings………………………….... | 0 | 0 |
| Accrued Medical……………………………………………………………… | (385) | (385) |
| Accrued Pension and 401k ………………………………………………… | 0 | 0 |
| Current Portion of Long Term Debt | 0 | 0 |
| Carrier Deposits…………………………………………………………… | 0 | 0 |
| Deferred Revenue……………………..…………………………………… | 0 | 0 |
| Due To Black Walnut Holdings, LLC……………………………………… | 10,047,175 | 10,047,175 |
| Other Current Liabilities………………..…………………………………… | 190,127 | 190,127 |
| Total Current Liabilities……………………………………………………… | 16,831,472 | 16,831,472 |
| | | |
| Long-Term Liabilities | | |
| Loans Payable ……………………………………………………………… | 17,501,964 | 17,501,964 |
| Capitalized Leases ………………………………………………………… | 0 | 0 |
| Fair Value of Interest Rate Swaps ……………………………………… | 0 | 0 |
| Defined Benefit Pension Liability ………………………………………… | 1,753,105 | 1,753,105 |
| LT Portion of Pension Withdrawal Liability …………………………… | 0 | 0 |
| Other LT Liability ………………………………………………………… | 0 | 0 |
| Total Long-Term Liabilities………………………………………………… | 19,255,069 | 19,255,069 |
| Total Liabilities……………………………………………………………… | 36,086,541 | 36,086,541 |
| | | |
| Shareholders' Equity | | |
| Common Stock (Par Value $10) | | |
| Issued - 165,000 Shares…………………………………………… | 1,650,000 | 1,650,000 |
| Less - Treasury Stock - 62,320 Shares…………………………… | (1,170,730) | (1,170,730) |
| Outstanding - 102,680 Shares……………………………………… | 479,270 | 479,270 |
| | | |
| Retained Earnings………………………………………………………… | (29,623,244) | (29,623,244) |
| Net Income (Loss) - YTD………………………………………………… | 15,764 | 9,118 |
| Accumulated Other Comprehensive Loss ……………………………… | (2,615,634) | (2,615,634) |
| Total Shareholders' Equity……………………………………………… | (31,743,844) | (31,750,490) |
| **TOTAL LIABILITIES AND EQUITY**……………………………………… | **$4,342,698** | **$4,336,052** |
| | | |
| **BOOK VALUE PER SHARE**……………………………………………… | **($309.15)** | **($309.22)** |
| | 0.00 | 0.00 |

2

In re RE Liquidation Corp.
_____
Debtor

Case No. 19-11728
Reporting Period: 03/01/20-03/31/20

## STATUS OF POSTPETITION TAXES                    N/A

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

In re RE Liquidation Corp.
_____
Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | N/A | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | No |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | No |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | N/A |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | Yes | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | No |